UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

<table>
<tr><td>

DORETHEA FRANKLIN *et al.*, individually and
on behalf of a class of all others
similarly situated,

          Plaintiffs,

   v.

CITY OF BUFFALO, N.Y., *et al.*,

          Defendants.

</td><td>

No. 1:18-cv-00719-CCR

</td></tr>
</table>

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the part of the Order entered on May 29, 2026 (ECF 364) denying Plaintiffs' claim for injunctive relief.

Dated: June 29, 2026

Respectfully Submitted,

*/s/ A. Chinyere Ezie*
A. Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
bazmy@ccrjustice.org
cezie@ccrjustice.org

Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
wilner@nclej.org

Matthew A. Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, 2nd Floor
Buffalo, NY 14202
(716) 828-8422
mparham@wnylc.net

Philip Irwin (*pro hac vice*)
Jordan S. Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
COVINGTON & BURLING, LLP
30 Hudson Yards
New York, NY 10001
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ A. Chinyere Ezie*

APPEAL,MEDIATION,Vermont

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:18−cv−00719−CCR

| | |
|---|---|
| Black Love Resists et al v. City of Buffalo et al | Date Filed: 06/28/2018 |
| Assigned to: Chief District Judge Christina Clair Reiss | Jury Demand: Both |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Black Love Resists in the Rust**
*by and through its Co−Directors Natasha
Soto and Shaketa Redden and on behalf of
its members*
*TERMINATED: 10/03/2025*
*agent of*
Just Resisting
*TERMINATED: 10/03/2025*

represented by **Andrea Chinyere Ezie**
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012
212 614−6467
Fax: 212 614−6467
Email: cezie@ccrjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012
212−614−6427
Fax: 212−614−6499
Email: bazmy@ccrjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Adrienne Nelson**
Covington & Burling, LLP (NY)
30 Hudson Yards
New York, NY 10001−2170
212−841−1000
Email: cnelson@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
National Center for Law and Economic
Justice
50 Broadway
Suite 1500
New York, NY 10004−3821
212−633−6967
Fax: 212−633−6371
Email: wilner@nclej.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Kelemen**
Western New York Law Center, Inc.
37 Franklin Street
2nd Floor, Suite 210
Buffalo, NY 14203
816−855−0203, Ext. 2
Fax: 716−855−0203
Email: jkelemen@wnylc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
Western New York Law Center, Inc.
37 Franklin Street
2nd Floor, Suite 210
Buffalo, NY 14203
716–855–0203
Fax: 716–270–4005
Email: mparham@wnylc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
Covington & Burling, LLP (NY)
30 Hudson Yards
New York, NY 10001–2170
212–841–1000
Email: pirwin@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
Covington & Burling, LLP (NY)
30 Hudson Yards
New York, NY 10001–2170
212–841–1000
Email: atimmick@cov.com
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
National Center for Law and Economic
Justice
275 7th Avenue
Suite 1506
New York, NY 10001
917–583–5849
Email: malhotra@nclej.org
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
National Center for Law and Economic
Justice
275 7th Avenue
Suite 1506
New York, NY 10001
212–633–6967
Email: wilson@nclej.org
*TERMINATED: 03/19/2021*

**Darius Charney**
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012
212 614–6475
Fax: 212–614–6499
Email: dcharney@ccrjustice.org
*TERMINATED: 09/16/2021*

**Edward Krugman**
Law Office of Edward P. Krugman
247 West 12th Street
Suite Ph–A
New York, NY 10014–1992

917–834–4663
Fax: 517–487–0827
Email: epk@epklaw.net
*TERMINATED: 09/04/2025*

**Jordan Scott Joachim**
Covington & Burling, LLP (NY)
30 Hudson Yards
New York, NY 10001–2170
212–841–1086
Email: jjoachim@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
Neighborhood Legal Services, Inc.
237 Main Street
Suite 400
Buffalo, NY 14203
716–847–0655
Email: kwilliams@nls.org
*TERMINATED: 11/02/2023*

**Marc Cohan**
National Center for Law and Economic
Justice
275 Seventh Avenue
Suite 1506
New York, NY 10001
212–633–6967
Fax: 212–633–6371
Email: cohan@nclej.org
*TERMINATED: 03/19/2021*

**Theresa Lau**
National Center for Law and Economic
Justice
275 7th Avenue
Suite 1506
New York, NY 10001
*TERMINATED: 07/25/2018*

**Travis W. England**
National Center for Law and Economic
Justice
275 7th Avenue
Suite 1506
New York, NY 10001
212–633–6967
Email: england@nclej.org
*TERMINATED: 03/24/2020*

**Plaintiff**

**Dorethea Franklin**                    represented by **Andrea Chinyere Ezie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Adrienne Nelson**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Kelemen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
(See above for address)
*TERMINATED: 11/02/2023*

**Marc Cohan**
(See above for address)
*TERMINATED: 03/19/2021*

**Theresa Lau**
(See above for address)
*TERMINATED: 07/25/2018*

**Travis W. England**
(See above for address)

*TERMINATED: 03/24/2020*

**Plaintiff**

**Taniqua Simmons**                                    represented by   **Andrea Chinyere Ezie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Adrienne Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Kelemen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
(See above for address)
*TERMINATED: 11/02/2023*

**Marc Cohan**
(See above for address)
*TERMINATED: 03/19/2021*

**Theresa Lau**
(See above for address)
*TERMINATED: 07/25/2018*

**Travis W. England**
(See above for address)
*TERMINATED: 03/24/2020*

**Plaintiff**

**De'Jon Hall**                                 represented by   **Andrea Chinyere Ezie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Adrienne Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Kelemen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
(See above for address)
*TERMINATED: 11/02/2023*

**Marc Cohan**
(See above for address)
*TERMINATED: 03/19/2021*

**Theresa Lau**
(See above for address)
*TERMINATED: 07/25/2018*

**Travis W. England**
(See above for address)
*TERMINATED: 03/24/2020*

**Plaintiff**

**Jane Doe**
*individually and on behalf of a class of others similarly situated*

represented by **Andrea Chinyere Ezie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Adrienne Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Kelemen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
(See above for address)
*TERMINATED: 11/02/2023*

**Marc Cohan**
(See above for address)
*TERMINATED: 03/19/2021*

**Theresa Lau**
(See above for address)
*TERMINATED: 07/25/2018*

**Travis W. England**
(See above for address)
*TERMINATED: 03/24/2020*

**Plaintiff**

**Shirley Sarmiento**                    represented by   **Christine Adrienne Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
(See above for address)
*TERMINATED: 11/02/2023*

**Andrea Chinyere Ezie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ebony Yeldon**                    represented by **Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrea Chinyere Ezie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Palmer**                    represented by  **Christine Adrienne Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
(See above for address)
*TERMINATED: 11/02/2023*

**Andrea Chinyere Ezie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaketa Redden**                          represented by **Christine Adrienne Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
(See above for address)
*TERMINATED: 11/02/2023*

**Andrea Chinyere Ezie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Bonds** | represented by | **Christine Adrienne Nelson** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claudia Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Irwin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*

**Anjana Malhotra**
(See above for address)
*TERMINATED: 08/06/2025*

**Britney Renee Wilson**
(See above for address)
*TERMINATED: 03/19/2021*

**Darius Charney**
(See above for address)
*TERMINATED: 09/16/2021*

**Edward Krugman**
(See above for address)
*TERMINATED: 06/24/2025*

**Jordan Scott Joachim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keisha Alecia Williams**
(See above for address)
*TERMINATED: 11/02/2023*

**Andrea Chinyere Ezie**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **City of Buffalo, N.Y.** | represented by | **Robert Emmet Quinn**<br>Buffalo Public Schools<br>65 Niagara Square<br>Ste 713 City Hall<br>Buffalo, NY 14202<br>716–816–3102<br>Email: rquinn@buffalony.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ava J. Horgan**<br>Hodgson Russ LLP<br>The Guaranty Building<br>140 Pearl Street<br>Suite 100<br>Buffalo, NY 14202<br>716–848–1401<br>Email: ahorgan@hodgsonruss.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Cheyenne Nicole Freely**<br>Hodgson Russ, LLP<br>The Guaranty Building<br>140 Pearl Street<br>Suite 100<br>Buffalo, NY 14202<br>716–848–1609<br>Email: cfreely@hodgsonruss.com<br>*ATTORNEY TO BE NOTICED* |
| | | **David A. Short**<br>Sequor Law<br>1200 G Street N.W.<br>Suite 340<br>Washington, DC 20005<br>305–372–8282<br>Email: dshort@sequorlaw.com<br>*TERMINATED: 06/15/2022* |
| | | **Hugh M. Russ , III**<br>Hodgson Russ LLP<br>The Guaranty Building<br>140 Pearl Street<br>Suite 100<br>Buffalo, NY 14202<br>(716) 856–4000<br>Fax: 716–849–0349<br>Email: hruss@hodgsonruss.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Katelyn A. Climaco**<br>Manatt, Phelps & Phillips, LLP<br>2049 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067<br>310–312–4284<br>Email: kclimaco@manatt.com<br>*TERMINATED: 08/12/2022* |
| | | **Peter A. Sahasrabudhe**<br>Office of the Federal Public Defender<br>4 Clinton Square<br>3rd Floor<br>Syracuse, NY 13202<br>315–701–0080 |

Email: Peter_Sahasrabudhe@fd.org
*TERMINATED: 04/21/2026*

**Defendant**

**Byron B Brown**
*Mayor of the City of Buffalo, in his
individual and official capacities*

represented by **Robert Emmet Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ava J. Horgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cheyenne Nicole Freely**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Short**
(See above for address)
*TERMINATED: 06/15/2022*

**Hugh M. Russ , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katelyn A. Climaco**
(See above for address)
*TERMINATED: 08/12/2022*

**Peter A. Sahasrabudhe**
(See above for address)
*TERMINATED: 04/21/2026*

**Defendant**

**Byron C Lockwood**
*Commissioner of the Buffalo Police
Department, in his individual capacity*

represented by **Robert Emmet Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ava J. Horgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cheyenne Nicole Freely**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh M. Russ , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katelyn A. Climaco**
(See above for address)
*TERMINATED: 08/12/2022*

**Peter A. Sahasrabudhe**
(See above for address)
*TERMINATED: 04/21/2026*

**Defendant**

**Daniel Derenda**
*former Commissioner of the Buffalo
Police Department, in his individual*

represented by **Robert Emmet Quinn**
(See above for address)
*LEAD ATTORNEY*

*capacity*　　　　　　　　　　　　　　　　　ATTORNEY TO BE NOTICED

　　　　　　　　　　　　　　　　　　　**Ava J. Horgan**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　**Cheyenne Nicole Freely**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　**David A. Short**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*TERMINATED: 06/15/2022*

　　　　　　　　　　　　　　　　　　　**Hugh M. Russ , III**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　**Katelyn A. Climaco**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/12/2022*

　　　　　　　　　　　　　　　　　　　**Peter A. Sahasrabudhe**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*TERMINATED: 04/21/2026*

**Defendant**

**Aaron Young**　　　　　　　represented by　**Robert Emmet Quinn**
*officer of the Buffalo Police Department,*　　　　(See above for address)
*in his individual capacity*　　　　　　　　　　*LEAD ATTORNEY*
*TERMINATED: 10/03/2025*　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　**Cheyenne Nicole Freely**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　**David A. Short**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*TERMINATED: 06/15/2022*

　　　　　　　　　　　　　　　　　　　**Hugh M. Russ , III**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　**Katelyn A. Climaco**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/12/2022*

　　　　　　　　　　　　　　　　　　　**Peter A. Sahasrabudhe**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*TERMINATED: 04/21/2026*

**Defendant**

**Kevin Brinkworth**　　　　　represented by　**Robert Emmet Quinn**
*TERMINATED: 10/03/2025*　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　**Cheyenne Nicole Freely**
　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　**David A. Short**
　　　　　　　　　　　　　　　　　　　(See above for address)

*TERMINATED: 06/15/2022*

**Hugh M. Russ , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katelyn A. Climaco**
(See above for address)
*TERMINATED: 08/12/2022*

**Peter A. Sahasrabudhe**
(See above for address)
*TERMINATED: 04/21/2026*

**Defendant**

| | | |
|---|---|---|
| **Philip Serafini**<br>*officer of the Buffalo Police Department,*<br>*in his individual capacity*<br>*TERMINATED: 10/03/2025* | represented by | **Robert Emmet Quinn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cheyenne Nicole Freely**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Short**
(See above for address)
*TERMINATED: 06/15/2022*

**Hugh M. Russ , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katelyn A. Climaco**
(See above for address)
*TERMINATED: 08/12/2022*

**Peter A. Sahasrabudhe**
(See above for address)
*TERMINATED: 04/21/2026*

**Defendant**

| | | |
|---|---|---|
| **Robbin Thomas**<br>*officer of the Buffalo Police Department,*<br>*in his individual capacity*<br>*TERMINATED: 10/03/2025* | represented by | **Robert Emmet Quinn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cheyenne Nicole Freely**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Short**
(See above for address)
*TERMINATED: 06/15/2022*

**Hugh M. Russ , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katelyn A. Climaco**
(See above for address)
*TERMINATED: 08/12/2022*

**Peter A. Sahasrabudhe**
(See above for address)

*TERMINATED: 04/21/2026*

**Defendant**

**Unknown Supervisory Personnel 1–10**
*officers of the Buffalo Police Department,*
*in their individual capacities*
*TERMINATED: 10/03/2025*

represented by **Robert Emmet Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheyenne Nicole Freely**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Short**
(See above for address)
*TERMINATED: 06/15/2022*

**Hugh M. Russ , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katelyn A. Climaco**
(See above for address)
*TERMINATED: 08/12/2022*

**Peter A. Sahasrabudhe**
(See above for address)
*TERMINATED: 04/21/2026*

**Defendant**

**Unknown Officers 1–20**
*officers of the Buffalo Police Department,*
*in their individual capacities*
*TERMINATED: 10/03/2025*

represented by **Robert Emmet Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheyenne Nicole Freely**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Short**
(See above for address)
*TERMINATED: 06/15/2022*

**Hugh M. Russ , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katelyn A. Climaco**
(See above for address)
*TERMINATED: 08/12/2022*

**Peter A. Sahasrabudhe**
(See above for address)
*TERMINATED: 04/21/2026*

**Intervenor**

**Markel Nance**

represented by **Andrea Chinyere Ezie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Thomas Christopher Williams Jr.**      represented by  **Andrea Chinyere Ezie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Timmick**
(See above for address)
*TERMINATED: 03/16/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Erie County District Attorney's Office**      represented by  **Michael J. Hillery**
*TERMINATED: 07/22/2021*                                Erie County District Attorney's Office
25 Delaware Avenue
Buffalo, NY 14202
(716) 858–2522
Fax: (716) 858–7922
Email: michael.hillery@erie.gov
*TERMINATED: 07/22/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2018 | 1 | COMPLAINT against City of Buffalo $ 400 receipt number 0209–3149240, filed by Black Love Resists. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Cover Sheet Attachment, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Attachment, # 12 Exhibit Summons)(Williams, Keisha) (Entered: 06/28/2018) |
| 06/29/2018 | | Case assigned to Hon. Christina Clair Reiss. Notification to chambers of on–line civil opening. (KLH) (Entered: 06/29/2018) |
| 06/29/2018 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO–85) is available for download at http://www.uscourts.gov/services–forms/forms. (KLH) (Entered: 06/29/2018) |
| 06/29/2018 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution. (KLH) (Entered: 06/29/2018) |
| 06/29/2018 | 2 | Summons Issued as to Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Aaron Young. (KLH) (Entered: 06/29/2018) |
| 07/24/2018 | 3 | AFFIDAVIT of Service for Summons & Complaint served on Daniel Derenda on July 9, 2018, filed by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Williams, Keisha) (Entered: 07/24/2018) |
| 07/24/2018 | 4 | SUMMONS Returned Executed by Jane Doe, Dorethea Franklin, Black Love Resists in the Rust, Taniqua Simmons, De'Jon Hall. Byron C Lockwood served on 7/9/2018, answer due 7/30/2018. (Williams, Keisha) (Entered: 07/24/2018) |
| 07/24/2018 | 5 | SUMMONS Returned Executed by Jane Doe, Dorethea Franklin, Black Love Resists in the Rust, Taniqua Simmons, De'Jon Hall. City of Buffalo, N.Y. served on 7/9/2018, answer due 7/30/2018. (Williams, Keisha) (Entered: 07/24/2018) |

| | | |
|---|---|---|
| 07/30/2018 | 6 | ANSWER to 1 Complaint, by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Attachments: # 1 Certificate of Service)(Quinn, Robert) (Entered: 07/30/2018) |
| 07/31/2018 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution.(KLH) (Entered: 07/31/2018) |
| 08/22/2018 | 7 | ORDER regarding Scheduling Conference set for 10/9/2018 03:00 PM in US Courthouse, 2 Niagara Square, Buffalo, NY 14202–3350 before Hon. Christina Clair Reiss, who will appear by videoconference. Signed by Hon. Christina Clair Reiss on 8/21/2018. (Attachments: # 1 Case Management Order Template)(KLH) (Entered: 08/22/2018) |
| 09/17/2018 | 8 | SUMMONS Returned Executed by Jane Doe, Dorethea Franklin, Black Love Resists in the Rust, Taniqua Simmons, De'Jon Hall. Philip Serafini served on 9/8/2018, answer due 10/1/2018. (Williams, Keisha) (Entered: 09/17/2018) |
| 09/17/2018 | 9 | SUMMONS Returned Executed by Jane Doe, Dorethea Franklin, Black Love Resists in the Rust, Taniqua Simmons, De'Jon Hall. Kevin Brinkworth served on 9/11/2018, answer due 10/2/2018. (Williams, Keisha) (Entered: 09/17/2018) |
| 09/17/2018 | 10 | SUMMONS Returned Executed by Jane Doe, Dorethea Franklin, Black Love Resists in the Rust, Taniqua Simmons, De'Jon Hall. Aaron Young served on 9/5/2018, answer due 9/26/2018. (Williams, Keisha) (Entered: 09/17/2018) |
| 09/17/2018 | 11 | SUMMONS Returned Executed by Jane Doe, Dorethea Franklin, Black Love Resists in the Rust, Taniqua Simmons, De'Jon Hall. Byron B Brown served on 9/6/2018, answer due 9/27/2018. (Williams, Keisha) (Entered: 09/17/2018) |
| 09/17/2018 | 12 | SUMMONS Returned Executed by Jane Doe, Dorethea Franklin, Black Love Resists in the Rust, Taniqua Simmons, De'Jon Hall. Robbin Thomas served on 9/8/2018, answer due 10/1/2018. (Williams, Keisha) (Entered: 09/17/2018) |
| 09/19/2018 | 13 | DISCOVERY PLAN by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons.(Wilner, Claudia) (Entered: 09/19/2018) |
| 10/09/2018 | 14 | Minute Entry for proceedings held before Hon. Christina Clair Reiss. Scheduling Conference via video conference held on 10/9/2018.<br><br>Parties have agreed to select a mediator and complete first mediation session by 12/1/2018.<br><br>Discovery schedule, potential class action, proposed protective order and general case management issues discussed.<br><br>The Court will schedule a further telephone conference in 60 days.<br><br>Parties may contact the Court directly for assistance with discovery issues.<br><br>Appearances: Darius Charney, Esq., Anjana Malhotra, Esq., and Claudia Wilner, Esq., on behalf of plaintiffs; Robert Quinn, Esq., on behalf of defendants. (Court Reporter FTR Gold.) (JDK) (Entered: 10/09/2018) |
| 10/09/2018 | 15 | ORDER. The 13 Joint Discovery Plan is SO ORDERED. Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for future reference. Motions to Join Parties/Amend Pleadings due by 5/14/2019, Discovery completed by 6/14/2019, Expert Witness List due by 9/13/2019, Motions due by 10/9/2019. Signed by Hon. Christina Clair Reiss on 10/9/2018. (KLH) (Entered: 10/09/2018) |
| 10/12/2018 | | NOTICE of Hearing: Telephone Status Conference set for 12/21/2018 11:00 AM before Hon. Christina Clair Reiss. Call–in instructions will be emailed shortly before this conference is held. (LMD) (Entered: 10/12/2018) |
| 10/29/2018 | 16 | NOTICE of Appearance by Andrea Chinyere Ezie on behalf of All Plaintiffs (Ezie, Andrea) (Entered: 10/29/2018) |

| | | |
|---|---|---|
| 11/06/2018 | 17 | Stipulation–Selection of Mediator by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young (Attachments: # 1 Certificate of Service)(Quinn, Robert) (Entered: 11/06/2018) |
| 12/21/2018 | 18 | Minute Entry for proceedings held before Hon. Christina Clair Reiss. Telephone Status Conference held on 12/21/2018.<br><br>Discovery issues discussed.<br><br>The Court will not intervene in discovery dispute at this time, but directs the parties to contact the Court within the next 30 days either individually or jointly regarding issues that can not be resolved.<br><br>The Court will schedule either a telephone conference or a video conference following report of the parties.<br><br>Appearances: Claudia Wilner, Esq., Andrea Ezie, Esq., Britney Wilson, Esq., Darius Charney, Esq., Travis England, Esq., Anjana Malhotra, Esq., on behalf of plaintiffs; Robert Quinn, Esq., on behalf of defendants. (Court Reporter FTR Gold.) (JDK) (Entered: 12/21/2018) |
| 01/22/2019 | 19 | Letter filed by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda re Current Status of Discovery. (Charney, Darius) (Entered: 01/22/2019) |
| 01/25/2019 | 20 | TEXT ORDER granting 19 letter request for an extension of time. Signed by Hon. Christina Clair Reiss on 1/25/2019. (KLH) (Entered: 01/28/2019) |
| 01/29/2019 | 21 | Letter filed by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Michael Menard, Taniqua Simmons as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda re Current Status of Discovery. (Wilner, Claudia) (Entered: 01/29/2019) |
| 05/06/2019 | 22 | First MOTION for Extension of Time to Complete Discovery , Move to Amend Pleadings, and Make Dispositive Motions by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons.(Charney, Darius) (Entered: 05/06/2019) |
| 05/22/2019 | | NOTICE of Hearing: Telephone Status Conference set for 5/30/2019 03:30 PM before Hon. Christina Clair Reiss in the Cattaraugus Courtroom. Call–in information will be provide to the attorneys via email. (LB) (Entered: 05/22/2019) |
| 05/28/2019 | 23 | Letter filed by Black Love Resists in the Rust as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda to supplement May 9, 2019 letter motion (ECF 22) with regard to outstanding discovery issues. (Attachments: # 1 Exhibit A – First Set of RFPs, # 2 Exhibit B – Supplemental Responses to First Set of RFPs, # 3 Exhibit C – 311 Records – Police Issue (excerpt), # 4 Exhibit D – SF Daily Reports Redacted (excerpt))(Wilner, Claudia) (Entered: 05/28/2019) |
| 05/29/2019 | 24 | LETTER regarding 22 First MOTION for Extension of Time to Complete Discovery , Move to Amend Pleadings, and Make Dispositive Motions by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Attachments: # 1 Exhibit A – First Set of RFPs, # 2 Exhibit B – Supplemental Responses to First Set of RFPs, # 3 Exhibit C – 311 Records – Police Issue (excerpt), # 4 Exhibit D – SF Daily Reports Redacted (excerpt))(Wilner, Claudia) Modified on 5/30/2019 to correct event and description (KLH). (Entered: 05/29/2019) |
| 05/30/2019 | 25 | Minute Entry for proceedings held before Hon. Christina Clair Reiss. Telephone Status Conference held on 5/30/2019.<br><br>Parties identify several discovery disputes. |

| | | |
|---|---|---|
| | | The Court provides instructions for narrowing the scope for production of documents, redaction of documents and privilege logs.<br><br>Plaintiffs request an extension of the discovery schedule. The Court will sign off on an agreed to revised discovery schedule, otherwise a motion will be required.<br><br>The Court will schedule a further status conference in 90 days absent a request for an earlier date.<br><br>Appearances: Claudia Wilner, Esq., Darius Charney, Esq., Anjana Malhotra, Esq., on behalf of plaintiffs; Robert Quinn, Esq., on behalf of defendants.<br><br>(Court Reporter FTR Gold.) (JDK) (Entered: 05/31/2019) |
| 05/31/2019 | 26 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/9/2018, before Judge Christina Clair Reiss. Court Reporter/Transcriber Christi A. Macri, Contact Info christimacri50@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/21/2019. Redacted Transcript Deadline set for 7/1/2019. Release of Transcript Restriction set for 8/29/2019. (CM) (Entered: 05/31/2019) |
| 05/31/2019 | 27 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 12/21/2018, before Judge Christina Clair Reiss. Court Reporter/Transcriber Christi A. Macri, Contact Info christimacri50@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/21/2019. Redacted Transcript Deadline set for 7/1/2019. Release of Transcript Restriction set for 8/29/2019. (CM) (Entered: 05/31/2019) |
| 06/03/2019 | 28 | Consent MOTION to Modify Scheduling Order by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons.(Wilner, Claudia) (Entered: 06/03/2019) |
| 06/05/2019 | 29 | TEXT ORDER granting 28 Consent Motion to modify the scheduling order. Issued by Hon. Christina Clair Reiss on 6/5/2019. (KLH) (Entered: 06/05/2019) |
| 06/05/2019 | | Set/Reset Deadlines: Motions to Join Parties/Amend Pleadings due by 11/14/2019. Discovery completed by 12/13/2019. Expert Reports due by 1/31/2020. Motions due by 4/30/2020. (KLH) (Entered: 06/05/2019) |
| 06/12/2019 | 30 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 5/30/2019, before Judge Christina Clair Reiss. Court Reporter/Transcriber Christi A. Macri, Contact Info christimacri50@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 7/3/2019. Redacted Transcript Deadline set for 7/15/2019. Release of Transcript Restriction set for 9/10/2019. (CM) (Entered: 06/12/2019) |
| 06/26/2019 | 31 | MOTION to Withdraw as Attorney *Anjana Malhotra* by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons.(Malhotra, Anjana) (Entered: 06/26/2019) |
| 07/02/2019 | 32 | TEXT ORDER granting 31 Motion to Withdraw as Attorney. Attorney Anjana Malhotra terminated. Signed by Hon. Christina Clair Reiss on 7/1/2019. (KLH) (Entered: 07/02/2019) |
| 07/18/2019 | 33 | MOTION to Compel *Non−Party Erie County Central Police Services to Comply with Subpoena* by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Attachments: # 1 Memorandum in Support of Motion to Compel, # 2 Declaration in support of Motion to Compel, # 3 Exhibit A − Subpoena with Proof of Service, # 4 Exhibit B − Responses to Document Requests, # 5 Exhibit C − Jan. 18 letter, # 6 Exhibit D − Service of Subpoena on Defendants, # 7 Exhibit E − Emails to ECCPS)(Wilner, Claudia) (Entered: 07/18/2019) |

| | | |
|---|---|---|
| 07/24/2019 | 34 | MOTION to Compel *Defendants to Comply with May 30, 2019 Discovery Order and Other Discovery Obligations* by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Attachments: # 1 Memorandum in Support of Motion to Compel, # 2 Declaration in support of Motion to Compel, # 3 Exhibit A – Supp Response to First RFPs, # 4 Exhibit B – Response to Second RFPs, # 5 Exhibit C – Interrogatories (excerpt), # 6 Exhibit D – Supp Response to Interrogatories (excerpt), # 7 Exhibit E – 11.15 email, # 8 Exhibit F – 1.3 email, # 9 Exhibit G – 1.18 letter, # 10 Exhibit H – 1.21 email, # 11 Exhibit I – 1.28 email, # 12 Exhibit J – 2.4–12 email chain, # 13 Exhibit K – 2.27 email, # 14 Exhibit L – 3.6 email, # 15 Exhibit M – 3.18 letter, # 16 Exhibit N – 3.25 email & attachments, # 17 Exhibit O – 5.6 email, # 18 Exhibit P – 6.5 email, # 19 Exhibit Q – 6.6–11 email chain, # 20 Exhibit R – 6.20 letter, # 21 Exhibit S – 6.21 email, # 22 Exhibit T – 6.27–7.9 email chain, # 23 Exhibit U – 7.3–8 email chain, # 24 Exhibit V – Housing Unit Monthly Report)(Wilner, Claudia) (Entered: 07/24/2019) |
| 08/06/2019 | 35 | TEXT ORDER denying as moot 22 Motion for Extension of Time to Complete Discovery, based on the court's granting of the consent motion to extend time to complete discovery. Issued by Hon. Christina Clair Reiss on 8/6/2019. (KLH) (Entered: 08/06/2019) |
| 08/08/2019 | 36 | Mediation Certification by Michael Menard(AGW) (Entered: 08/08/2019) |
| 08/13/2019 | 37 | Letter filed by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda *withdrawing Motion to Compel Non–Party Erie County Central Police Services to Comply with Plaintiffs' May 17, 2019 Subpoena*. (Wilner, Claudia) (Entered: 08/13/2019) |
| 08/19/2019 | 38 | MOTION for Entry of Order Granting Motion to Compel re 34 MOTION to Compel *Defendants to Comply with May 30, 2019 Discovery Order and Other Discovery Obligations* by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Attachments: # 1 Text of Proposed Order)(Wilner, Claudia) (Entered: 08/19/2019) |
| 08/19/2019 | 39 | Letter filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda . (Quinn, Robert) (Entered: 08/19/2019) |
| 08/20/2019 | 40 | DECLARATION re 34 MOTION to Compel *Defendants to Comply with May 30, 2019 Discovery Order and Other Discovery Obligations* filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Michael Menard, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Michael Menard, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Quinn, Robert) (Entered: 08/20/2019) |
| 08/26/2019 | 41 | REPLY to Response to Motion re 38 MOTION for Entry of Order Granting Motion to Compel re 34 MOTION to Compel *Defendants to Comply with May 30, 2019 Discovery Order and Other Discovery Obligations* filed by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Wilner, Claudia) (Entered: 08/26/2019) |
| 08/30/2019 | 42 | MOTION to Compel *Production of BPD Internal Affairs Division Files* by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Attachments: # 1 Memorandum in Support Plaintiffs Memorandum of Law In Support of Motion to Compel Production of BPD Internal Affairs Division Files, # 2 Declaration Declaration of Darius Charney In Support of Motion to Compel Production of BPD Internal Affairs Division Files Files, # 3 Exhibit Charney Decl Exhibit A– Defendants' 1st Supplemental Responses to Plaintiffs' First Set of Document Requests, # 4 Exhibit Charney Decl Exhibit B– Charney Oct 15, 2018 |

| | | |
|---|---|---|
| | | email to Quinn and Proposed Confidentiality Order, # 5 Exhibit Charney Decl Exhibit C– Wilner Jan 18, 2019 Letter to Quinn, # 6 Exhibit Charney Decl Exhibit D– Wilner March 18, 2019 Letter to Quinn, # 7 Exhibit Charney Decl Exhibit E– Parties' July 12–15, 2019 email exchange, # 8 Exhibit Charney Decl Exhibit F– Parties' July 18, 2019 email exchange, # 9 Exhibit Charney Decl Exhibit G– Charney July 24, 2019 email to Quinn and Highlighted Spreadsheets, # 10 Exhibit Charney Decl Exhibit H– Parties' July 29–30 email exchange)(Charney, Darius) (Entered: 08/30/2019) |
| 09/03/2019 | 43 | First MOTION for Extension of Time to File Response/Reply as to 38 MOTION for Entry of Order Granting Motion to Compel re 34 MOTION to Compel *Defendants to Comply with May 30, 2019 Discovery Order and Other Discovery Obligations* , 34 MOTION to Compel *Defendants to Comply with May 30, 2019 Discovery Order and Other Discovery Obligations*, 40 Declaration,,, *with supporting Declaration and Certificate of Service* by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Quinn, Robert) (Entered: 09/03/2019) |
| 09/05/2019 | 44 | TEXT ORDER: The court finds good cause for Defendants untimely opposition and will consider it in conjunction with the merits of the parties dispute. Plaintiffs motion for entry of an order granting their motion to compel 38 solely on the grounds of Defendants untimely opposition is thus DENIED. The court does not set briefing schedules sua sponte, but rather expects the parties to follow the deadlines set forth in the Federal Rules of Civil Procedure unless otherwise ordered. Signed by Hon. Christina Clair Reiss on 9/5/2019. (KLH) (Entered: 09/05/2019) |
| 09/13/2019 | 45 | DECLARATION re 42 MOTION to Compel *Production of BPD Internal Affairs Division Files* filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Memorandum in Support, # 7 Certificate of Service)(Quinn, Robert) (Entered: 09/13/2019) |
| 09/20/2019 | 46 | REPLY to Response to Motion re 42 MOTION to Compel *Production of BPD Internal Affairs Division Files* filed by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Charney, Darius) (Entered: 09/20/2019) |
| 09/30/2019 | 47 | Mediation Certification by Michael Menard. Not settled, mediation to continue on 10/18/2019.(AGW) (Entered: 09/30/2019) |
| 11/05/2019 | 48 | MOTION to Modify Scheduling Order re 29 Order on Motion for Miscellaneous Relief by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons.(England, Travis) (Entered: 11/05/2019) |
| 11/13/2019 | 49 | TEXT ORDER granting 48 Motion to modify the scheduling order. Signed by Hon. Christina Clair Reiss on 11/13/2019. (KLH) (Entered: 11/13/2019) |
| 11/13/2019 | | Set/Reset Scheduling Order Deadlines: Motions to Join Parties/Amend Pleadings due by 5/14/2020. Discovery completed by 6/12/2020. Motions to Compel Discovery due by 6/12/2020. Motions due by 10/30/2020. (KLH) (Entered: 11/13/2019) |
| 11/14/2019 | 50 | Mediation Certification by Michael Menard. Mediation adjourned to 1/21/20.(AGW) (Entered: 11/14/2019) |
| 12/19/2019 | 51 | OPINION AND ORDER granting in part and denying in part 34 and 42 Plaintiffs' Motions to Compel. Signed by Hon. Christina Clair Reiss on 12/19/2019. (KLH) (Entered: 12/19/2019) |
| 01/02/2020 | 52 | TEXT ORDER denying as moot 43 Motion for Extension of Time to File Response/Reply as to 38 Motion for Entry of Order Granting Motion to Compel. Issued by Hon. Christina Clair Reiss on 1/2/2020. (KLH) (Entered: 01/02/2020) |
| 01/21/2020 | 53 | Letter filed by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, |

| | | |
|---|---|---|
| | | Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda *re Production of BPD IAD Files*. (Attachments: # 1 Text of Proposed Order Proposed Attorneys' Eyes Only Protective Order)(Charney, Darius) (Entered: 01/21/2020) |
| 01/24/2020 | 54 | PROTECTIVE ORDER. Signed by Hon. Christina Clair Reiss on 1/23/20. (SG) (Entered: 01/24/2020) |
| 03/18/2020 | 55 | MOTION to Withdraw as Attorney *Travis England, Esq.* by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons.(England, Travis) (Entered: 03/18/2020) |
| 03/24/2020 | 56 | ORDER granting 55 Motion to Withdraw as Attorney. Attorney Travis W. England terminated. Signed by Hon. Christina Clair Reiss on 3/24/20. (SG) (Entered: 03/24/2020) |
| 04/23/2020 | 57 | MOTION for Leave to File *Amended and Supplemental Class Action Complaint* by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons. (Attachments: # 1 Memorandum of Law in Support of Plaintiffs' Motion to Amend and Supplement Complaint, # 2 Declaration of Claudia Wilner in Support of Plaintiffs' Motion to Amend and Supplement Complaint, # 3 Exhibit 1 – Plaintiffs' Proposed Amended and Supplemental Class Action Complaint, # 4 Exhibit 2 – Redline of Plaintiffs' Proposed Amended and Supplemental Class Action Complaint Reflecting Changes, # 5 Exhibit 3 – Plaintiffs' First Set of Requests for the Production of Documents on Defendants dated November 5, 2018, # 6 Exhibit 4 – Defendants' Responses and Objections to Plaintiffs First Set of Requests for Production dated December 8, 2018, # 7 Exhibit 5 – Defendants' Supplemental Responses and Objections to Plaintiffs First Set of Requests for Production dated March 15, 2019, # 8 Exhibit 6 – Plaintiffs' Third–Party Subpoena on the Erie County Central Police Services (ECCPS) dated March 15, 2019, # 9 Exhibit 7 – Plaintiffs' Second Set of Requests for the Production of Documents on Defendants dated April 19, 2019)(Ezie, Andrea) (Entered: 04/23/2020) |
| 04/24/2020 | 58 | Mediator Recusal by Michael Menard(Menard, Michael) (Entered: 04/24/2020) |
| 04/30/2020 | 59 | CONTINUATION OF EXHIBITS to 57 MOTION for Leave to File *Amended and Supplemental Class Action Complaint –Corrected Proposed Amended Complaint & Redline (replacing Dkt Items 57.3 and 57.4)*. (Attachments: # 1 Corrected Redline of Proposed Amended Complaint)(Ezie, Andrea) (Entered: 04/30/2020) |
| 05/15/2020 | 60 | Consent MOTION *to Modify Scheduling Order* by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Taniqua Simmons.(Wilner, Claudia) (Entered: 05/15/2020) |
| 05/15/2020 | 61 | TEXT ORDER granting 60 Motion to modify Scheduling Order. Signed by Hon. Christina Clair Reiss on 5/15/20. (SG) (Entered: 05/15/2020) |
| 05/15/2020 | | Set/Reset Deadlines:( Discovery completed by 12/12/2020.), Set/Reset Hearings:, Set/Reset Scheduling Order Deadlines:( Discovery completed by 12/12/2020., Motions due by 4/30/2021.) (SG) (Entered: 05/15/2020) |
| 05/21/2020 | 62 | TEXT ORDER granting, as unopposed, 57 Motion for Leave to File an Amended Complaint. Signed by Hon. Christina Clair Reiss on 5/21/20. (SG) (Entered: 05/21/2020) |
| 05/21/2020 | 63 | AMENDED COMPLAINT against All Defendants, filed by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds.(Ezie, Andrea) (Entered: 05/21/2020) |
| 06/04/2020 | 64 | ANSWER to 63 Amended Complaint by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Attachments: # 1 Certificate of Service)(Quinn, Robert) (Entered: 06/04/2020) |
| 10/22/2020 | 65 | MOTION to Compel *Defendants to Comply with the Court's December 19, 2019 Order and Other Discovery Obligations* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Memorandum in Support)(Wilner, Claudia) (Entered: 10/22/2020) |
| 10/22/2020 | 66 | DECLARATION re 65 MOTION to Compel *Defendants to Comply with the Court's December 19, 2019 Order and Other Discovery Obligations* filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24)(Wilner, Claudia) (Entered: 10/22/2020) |
| 11/06/2020 | 67 | AFFIDAVIT in Opposition re 65 MOTION to Compel *Defendants to Comply with the Court's December 19, 2019 Order and Other Discovery Obligations* filed by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Quinn, Robert) (Entered: 11/06/2020) |
| 11/13/2020 | 68 | REPLY to Response to Motion re 65 MOTION to Compel *Defendants to Comply with the Court's December 19, 2019 Order and Other Discovery Obligations* filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Wilner, Claudia) (Entered: 11/13/2020) |
| 11/13/2020 | 69 | DECLARATION re 68 Reply to Response to Motion, filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wilner, Claudia) (Entered: 11/13/2020) |
| 11/17/2020 | 70 | Consent MOTION Modify Scheduling Order by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 11/17/2020) |
| 12/01/2020 | 71 | TEXT ORDER granting 70 Motion to Modify Scheduling Order. Signed by Hon. Christina Reiss on 12/1/2020. (CGJ) (Entered: 12/01/2020) |
| 12/03/2020 | | NOTICE of Hearing: Status Conference set for 12/14/2020 10:00 AM before Hon. Christina Reiss. This proceeding will be conducted through Zoom for Government. (LMD) (Entered: 12/03/2020) |
| 12/07/2020 | 72 | MOTION to appear pro hac vice *filed on behalf of Jordan Joachim* ( Filing fee $ 200 receipt number 0209–4070967.) by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 J. Joachim Admission Petition Form, # 2 Affidavit of Chinyere Ezie, # 3 J. Joachim Attorney Oath, # 4 J. Joachim Civility Principles & Guidelines Oath, # 5 J. Joachim ECF Registration Form)(Ezie, Andrea) (Entered: 12/07/2020) |
| 12/08/2020 | | Verified admission to the New York State Bar for Attorney Jordan Scott Joachim. (MD) (Entered: 12/08/2020) |
| 12/08/2020 | 73 | TEXT ORDER granting 72 MOTION to appear pro hac vice. Signed by Hon. Christina Reiss on 12/8/2020. (JLV) (Entered: 12/08/2020) |
| 12/10/2020 | 74 | Letter filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, |

| | | |
|---|---|---|
| | | Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda *regarding depositions*. (Attachments: # 1 Exhibit Correspondence with R. Quinn)(Wilner, Claudia) (Entered: 12/10/2020) |
| 12/14/2020 | 75 | Minute Entry for proceedings held before Hon. Christina Reiss: Status Conference held on 12/14/2020.<br><br>The Court informs the parties it intends to take up 65 MOTION to Compel *Defendants to Comply with the Court's December 19, 2019 Order and Other Discovery Obligations* filed by Taniqua Simmons, Dorethea Franklin, Charles Palmer, Ebony Yeldon, Joseph Bonds, Shaketa Redden, Jane Doe, Shirley Sarmiento, De'Jon Hall, Black Love Resists in the Rust.<br><br>The Court resolves in part Plaintiff's 65 Motion to Compel as stated on the record.<br><br>The parties are directed to notify the Court within 60 days the discovery issues that cannot be resolved.<br><br>An additional status conference will be scheduled.<br><br>The Court defers ruling on attorney's fees and expenses.<br><br>Appearances: Claudia Wilner, Esq., Darius Charney, Esq., Jordan Joachim, Esq., on behalf of plaintiffs; Robert Quinn, Esq., on behalf of defendants.<br><br>All Appearances by Zoom for Government (JDK) (Entered: 12/14/2020) |
| 12/21/2020 | 76 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference Proceedings held on 12/14/2020, before Judge Christina Clare Reiss. Court Reporter/Transcriber Megan E. Pelka, RPR, Contact Info (716)364–6449. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/11/2021. Redacted Transcript Deadline set for 1/21/2021. Release of Transcript Restriction set for 3/22/2021. (JLV) (Entered: 12/21/2020) |
| 01/22/2021 | 77 | MOTION to set ESI benchmarks and compel scheduling of depositions by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 01/22/2021) |
| 01/25/2021 | | E–Filing Notification: 77 MOTION; the assigned judge does not accept e–filed letter motions. ACTION REQUIRED: Reformat the document and re–file using the motion event. (JLV) (Entered: 01/25/2021) |
| 01/25/2021 | 78 | Letter filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda *re status update on ESI benchmarks*. (Attachments: # 1 Exhibit 1)(Wilner, Claudia) (Entered: 01/25/2021) |
| 02/02/2021 | | NOTICE of Hearing: Status Conference set for 2/8/2021 11:30 AM before Hon. Christina Reiss. This Status Conference is a Zoom for Government Status Conference. Counsel will receive the Zoom for Government invite via email. (LMD) (Entered: 02/02/2021) |
| 02/05/2021 | 79 | Letter filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda *in response to DKT 78 & 79*. (Quinn, Robert) (Entered: 02/05/2021) |

| 02/08/2021 | 80 | Minute Entry for proceedings held before Hon. Christina Reiss: Status Conference held on 2/8/2021. |
| | | The Court addresses the parties filings outlining current discovery issues. |
| | | The Court sets a benchmark for defendants to complete production of 3 ESI custodians per week, and to prepare a certification once each custodian search has been completed. |
| | | The parties shall continue to dialogue. |
| | | The parties may contact the Court should further issues arise. |
| | | Appearances: Claudia Wilner, Esq., Darius Charney, Esq., Jordan Joachim, Esq., Andrea Ezie, Esq., Edward Krugman, Esq., on behalf of plaintiffs; Robert Quinn, Esq., on behalf of defendants. |
| | | All Appearances by Zoom for Government (JDK) (Entered: 02/08/2021) |
| 02/12/2021 | 81 | STATUS REPORT *Regarding Plaintiffs' Fourth Request for Production of Documents* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Wilner, Claudia) (Entered: 02/12/2021) |
| 02/16/2021 | 82 | TEXT ORDER granting Plaintiffs' request for a two week extension to continue conferring with Defendants regarding discovery. Signed by Hon. Christina Reiss on 2/16/2021. (JLV) (Entered: 02/16/2021) |
| 02/18/2021 | 83 | Consent MOTION Modify Scheduling Order by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Joachim, Jordan) (Entered: 02/18/2021) |
| 02/19/2021 | 84 | TEXT ORDER granting 83 Consent Motion to Modify Scheduling Order. Signed by Hon. Christina Reiss on 2/19/2021. (JLV) (Entered: 02/19/2021) |
| 03/01/2021 | 85 | STATUS REPORT *re: Plaintiffs' Fourth Request for Production of Documents* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Joachim, Jordan) (Entered: 03/01/2021) |
| 03/15/2021 | 86 | STATUS REPORT *re Motion to Compel* by Black Love Resists in the Rust. (Krugman, Edward) (Entered: 03/15/2021) |
| 03/19/2021 | 87 | MOTION to Withdraw as Attorney *for Plaintiffs (Wilson)* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilson, Britney) (Entered: 03/19/2021) |
| 03/19/2021 | 88 | MOTION to Withdraw as Attorney *for Plaintiffs (Cohan)* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilson, Britney) (Entered: 03/19/2021) |
| 03/19/2021 | 89 | TEXT ORDER granting 87 Motion to Withdraw as Attorney. Attorney Britney Renee Wilson terminated; granting 88 Motion to Withdraw as Attorney. Attorney Marc Cohan terminated. Signed by Hon. Christina Reiss on 3/19/2021. (JLV) (Entered: 03/19/2021) |
| 04/26/2021 | 90 | NOTICE by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon re 65 MOTION to Compel *Defendants to Comply with the Court's December 19, 2019 Order and Other Discovery Obligations Withdrawl of Motion Without Prejudice* (Krugman, Edward) (Entered: 04/26/2021) |
| 05/05/2021 | | NOTICE OF HEARING. A Status Conference is scheduled for May 11, 2021 at 12:00 PM before Hon. Christina Reiss to be held remotely via Zoom for Government. The Court will send counsel a separate email link to join the conference. (JDK) (Entered: |

| | | |
|---|---|---|
| | | 05/05/2021) |
| 05/10/2021 | 91 | STATUS REPORT *For May 11, 2021 Status Conference* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit Map of Terms and Custodians, # 2 Exhibit April 1 e−mail, # 3 Exhibit May 4 e−mail, # 4 Exhibit May 7 Buffalo News Article, # 5 Exhibit December 2017 Letter to Attorney General, # 6 Exhibit e−mail and attached map, # 7 Exhibit ECAC Objections to Subpoena, # 8 Exhibit Responses and Objections to 5th RFP)(Krugman, Edward) (Entered: 05/10/2021) |
| 05/11/2021 | 92 | NOTICE of Appearance by Anjana Malhotra on behalf of All Plaintiffs (Malhotra, Anjana) (Entered: 05/11/2021) |
| 05/11/2021 | 93 | Minute Entry for proceedings held before Hon. Christina Reiss: Status Conference held on 5/11/2021.<br><br>The Court hears concerns from the Plaintiff's on the progress of discovery and rules as follows: The Court ORDERS the production of the metadata spreadsheet no later than 5/31/2021, failure to comply with this deadline may subject Defendant to sanctions; the Court ORDERS the production of non−e−mail ESI for the original 20 custodians no later than 5/31/2021, failure to comply with this deadline may subject Defendant to sanctions.<br><br>The Court ORDERS the parties to resolve the additional disputes as set forth on the record.<br><br>Following the 5/31/2021 deadline, Plaintiff's may file a motion to compel further discovery as deemed necessary.<br><br>Appearances: Claudia Wilner, Esq., Darius Charney, Esq., Jordan Joachim, Esq., Edward Krugman, Esq., Keisha Williams, Esq., Anjana Malhotra, Esq., on behalf of plaintiffs; Robert Quinn, Esq., on behalf of defendants.<br><br>All Appearances by Zoom for Government (JDK) (Entered: 05/11/2021) |
| 05/15/2021 | 94 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (STATUS CONFERENCE) held via Zoom for Government on 05/11/2021, before Judge CHRISTINA CLAIR REISS. Transcriber Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/7/2021. Redacted Transcript Deadline set for 6/15/2021. Release of Transcript Restriction set for 8/13/2021. (KJC) (Entered: 05/15/2021) |
| 05/21/2021 | 95 | Consent MOTION to Modify Scheduling Order by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Joachim, Jordan) (Entered: 05/21/2021) |
| 05/21/2021 | 96 | TEXT ORDER granting 95 Motion to Modify Scheduling Order. Signed by Hon. Christina Reiss on 5/21/2021. (JLV) (Entered: 05/21/2021) |
| 06/04/2021 | 97 | Letter filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1−20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1−10, Byron B Brown, Daniel Derenda as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1−20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1−10, Byron B Brown, Daniel Derenda . (Quinn, Robert) (Entered: 06/04/2021) |
| 06/09/2021 | 98 | REPLY/RESPONSE to re 97 Letter, *and in further support of Letter re redaction* filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Michael Menard, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Krugman, Edward) (Entered: 06/09/2021) |
| 06/11/2021 | 99 | MOTION to Quash by Erie County District Attorney's Office.(Hillery, Michael) (Entered: 06/11/2021) |

| 06/25/2021 | 100 | DECLARATION signed by Darius Charney re 99 MOTION to Quash filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall. (Attachments: # 1 Exhibit 1)(Charney, Darius) (Entered: 06/25/2021) |
|---|---|---|
| 07/22/2021 | 101 | DECLARATION re 99 MOTION to Quash filed by Erie County District Attorney's Office . (Hillery, Michael) (Entered: 07/22/2021) |
| 09/01/2021 | 102 | Consent MOTION for Extension of Time to Complete Discovery by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit 1: 7–20–2021 e–mail re discovery, # 2 Exhibit 2: 8–23–2021 e–mail re discovery)(Krugman, Edward) (Entered: 09/01/2021) |
| 09/02/2021 | 103 | ORDER granting 102 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 9/2/2021. (JLV) (Entered: 09/02/2021) |
| 09/06/2021 | 104 | MOTION for Discovery *re Issuance of Subpoena to NYS Dept of Motor Vehicles* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit A – Proposed Order, # 2 Exhibit B – Proposed Subpoena, # 3 Declaration of Edward P. Krugman iso motion)(Krugman, Edward) (Entered: 09/06/2021) |
| 09/06/2021 | 105 | MOTION to Expedite *to Shorten time to respond to ECF #104* by Erie County District Attorney's Office, Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Michael Menard, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Krugman, Edward) (Entered: 09/06/2021) |
| 09/13/2021 | 106 | TEXT ORDER granting in part and denying in part 105 Motion to Expedite. The response is due September 17, 2021, and the reply is due September 21, 2021. Signed by Hon. Christina Reiss on 9/13/2021. (JLV) (Entered: 09/13/2021) |
| 09/13/2021 |  | E–Filing Notification: 103 ORDER; removed from docket per Chambers. Entered in error. (JLV) (Entered: 09/13/2021) |
| 09/13/2021 | 107 | TEXT ORDER granting and adopting the schedule set forth in paragraph 11 of 102 Consent MOTION for Extension of Time to Complete Discovery Signed by Hon. Christina Reiss on 9/13/2021. (JLV) (Entered: 09/13/2021) |
| 09/15/2021 | 108 | MOTION to Withdraw as Attorney by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Charney, Darius) (Entered: 09/15/2021) |
| 09/16/2021 | 109 | TEXT ORDER granting 108 Motion to Withdraw as Attorney. Attorney Darius Charney terminated. Signed by Hon. Christina Reiss on 9/16/2021. (JLV) (Entered: 09/16/2021) |
| 09/27/2021 | 110 | TEXT ORDER DENYING WITHOUT PREJUDICE 104 Motion for Issuance of Subpoena to New York State Department of Motor Vehicles. The subpoena seeks a vast number of records. The motion contains no analysis of the likely costs and time that will be incurred in the response. Signed by Hon. Christina Reiss on 9/27/2021. (CGJ) (Entered: 09/27/2021) |
| 09/28/2021 | 111 | MOTION to Compel *Discovery* , MOTION for Sanctions by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Michael Menard, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Krugman, Edward). Added MOTION for Sanctions on 9/29/2021 (JLV). (Entered: 09/28/2021) |
| 09/28/2021 | 112 | MEMORANDUM IN SUPPORT re 111 MOTION to Compel *Discovery and For Sanctions* byBlack Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Krugman, Edward) (Entered: 09/28/2021) |

| | | |
|---|---|---|
| 09/28/2021 | 113 | DECLARATION re 111 MOTION to Compel *Discovery and For Sanctions* filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon *Declaration of Edward P. Krugman*. (Attachments: # 1 Exhibit 3 – 4–28–2021 e–mail, # 2 Exhibit 4 – Chart – multiple ticketing by unit, # 3 Exhibit 5 – e–mails re P.O. Thomas (redacted), # 4 Exhibit 6 – e–mails re P.O. Macy, # 5 Exhibit 7 – e–mails re D.C. Gramaglia, # 6 Exhibit 8 – e–mails re M DeGeorge, # 7 Exhibit 9 – June 2020 Press Release, # 8 Exhibit 10 – PPG stop receipt analysis, # 9 Exhibit 11 – Internship Project Report re speed cameras, # 10 Exhibit 12 – ENTCAD printout, # 11 Exhibit 13 – 7–20–2021 e–mail, # 12 Exhibit 14 – 7–23–2021 e–mail, # 13 Exhibit 15 – 7–27–2021 e–mail, # 14 Exhibit 16 – 7–27–2021 e–mail response, # 15 Exhibit 17 – 7–29–2021 e–mails, # 16 Exhibit 18 – 8–4–2021 e–mail, # 17 Exhibit 19 – 8–23–2021 e–mail, # 18 Exhibit 20 – 8–23–2021 e–mail response, # 19 Exhibit 21 – 8–26–2021 e–mail, # 20 Exhibit 22 – 9–7–2021 e–mail, # 21 Exhibit 1 – May 4 e–mail re ECAC project files, # 22 Exhibit 2 – April 1 e–mail re Relativity and Metadata)(Krugman, Edward) (Entered: 09/28/2021) |
| 09/29/2021 | 114 | NOTICE by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon re 111 MOTION to Compel *Discovery and For Sanctions*, 113 Declaration,,,,, *Regarding ECF exhibit sequence* (Krugman, Edward) (Entered: 09/29/2021) |
| 09/29/2021 | | E–Filing Notification: 111 MOTION to Compel; added additional relief, MOTION for Sanctions. (JLV) (Entered: 09/29/2021) |
| 10/09/2021 | 115 | DECLARATION re E–Filing Notification, 114 Notice (Other), 111 MOTION to Compel *Discovery and For Sanctions* MOTION for Sanctions, 113 Declaration,,,,, 112 Memorandum in Support, filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda *In Opposition* filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda. (Attachments: # 1 Exhibit A)(Quinn, Robert) (Entered: 10/09/2021) |
| 10/12/2021 | 116 | Consent MOTION for Order Modifying the Existing Protective Order Governing Production of Attorneys Eyes Only Confidential Materials by Party Consent and Accompanying Memorandum of Law re 54 Protective Order by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Text of Proposed Order Proposed Order Modifying the Existing Protective Order Governing Production of Attorneys Eyes Only Confidential Materials by Party Consent)(Ezie, Andrea) (Entered: 10/12/2021) |
| 10/12/2021 | 117 | Consent MOTION for Extension of Time to File Response/Reply as to 111 MOTION to Compel *Discovery and For Sanctions* MOTION for Sanctions by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Krugman, Edward) (Entered: 10/12/2021) |
| 10/12/2021 | 118 | ORDER granting 116 Motion Modifying Protective Order Governing Production of Attorneys' Eyes Only Confidential Materials. Signed by Hon. Christina Reiss on 10/12/2021. (JLV) (Entered: 10/12/2021) |
| 10/12/2021 | 119 | TEXT ORDER granting 117 Motion for Extension of Time to File Response/Reply. Signed by Hon. Christina Reiss on 10/12/2021. (JLV) (Entered: 10/12/2021) |
| 10/26/2021 | 120 | REPLY to Response to Motion re 111 MOTION to Compel *Discovery and For Sanctions* MOTION for Sanctions filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Krugman, Edward) (Entered: 10/26/2021) |
| 10/26/2021 | 121 | DECLARATION signed by Edward P. Krugman re 111 MOTION to Compel *Discovery and For Sanctions* MOTION for Sanctions, 120 Reply to Response to Motion, filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, |

| | | |
|---|---|---|
| | | Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall *Reply Declaration* filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall. (Attachments: # 1 Exhibit 1 – Giammaresi e–mails, # 2 Exhibit 2 – Overtime e–mails, # 3 Exhibit 3 – e–mail)(Krugman, Edward) (Entered: 10/26/2021) |
| 10/28/2021 | 122 | Second MOTION for Discovery *Renewed Motion for Issuance of subpoena to NYDMV* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit B – Form of Proposed Subpoena)(Krugman, Edward) (Entered: 10/28/2021) |
| 10/28/2021 | 123 | DECLARATION signed by Edward P. Krugman re 122 Second MOTION for Discovery *Renewed Motion for Issuance of subpoena to NYDMV* filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon . (Attachments: # 1 Exhibit 1 – e–mail to DMV)(Krugman, Edward) (Entered: 10/28/2021) |
| 10/28/2021 | 124 | MOTION to Expedite *and Shorten Time to Respond to ECF #122* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Declaration of Edward P. Krugman)(Krugman, Edward) (Entered: 10/28/2021) |
| 11/04/2021 | 125 | TEXT ORDER granting in part and denying in part 124 Motion to Expedite. Any opposition must be filed by 11/9/2021. Signed by Hon. Christina Reiss on 11/4/2021. (JLV) (Entered: 11/04/2021) |
| 11/15/2021 | 126 | TEXT ORDER granting 122 Motion for Discovery. No objection filed. The Clerk of Court is respectfully directed to issue the subpoena set forth in Document 122. Signed by Hon. Christina Reiss on 11/15/2021. (JLV) (Entered: 11/15/2021) |
| 11/29/2021 | 127 | Consent MOTION for Extension of Time to Complete Discovery by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Krugman, Edward) (Entered: 11/29/2021) |
| 11/30/2021 | 128 | TEXT ORDER granting 127 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 11/30/2021. (JLV) (Entered: 11/30/2021) |
| 12/21/2021 | | NOTICE of Hearing on Motion 111 MOTION to Compel *Discovery and For Sanctions* MOTION for Sanctions : Motion Hearing set for 12/28/2021 02:30 PM before Hon. Christina Reiss. This Oral Argument will be held via Zoom for Government. You will receive the Zoom for Government invite shortly. (LMD) (Entered: 12/21/2021) |
| 12/21/2021 | | SCHEDULING NOTICE: Oral Argument on 111 MOTION to Compel Discovery and 111 MOTION for Sanctions is scheduled for 12/28/2021 @ 02:30 PM before Hon. Christina Reiss to be held remotely via Zoom for Government. The Court will send counsel a separate email link to join the conference. (JDK) (Entered: 12/21/2021) |
| 12/28/2021 | 129 | Minute Entry for proceedings held before Hon. Christina Reiss: Oral Argument on 111 MOTION to Compel Discovery and 111 MOTION for Sanctions held on 12/28/2021.<br><br>Argument is held.<br><br>The Court resolves plaintiffs 111 MOTION to Compel Discovery as set forth on the record. Plaintiff is directed to submit a proposed order within 14 days as discussed.<br><br>The Court resolves plaintiffs 111 MOTION for Sanctions as follows: plaintiff shall submit a request for attorney's fees as discussed.<br><br>Appearances: Claudia Wilner, Esq., Jordan Joachim, Esq., Edward Krugman, Esq., Anjana Malhotra, Esq., Andrea Ezie, Esq., on behalf of plaintiffs; Robert Quinn, Esq., on behalf of defendants. |

| | | |
|---|---|---|
| | | All Appearances by Zoom for Government (JDK) (Entered: 12/30/2021) |
| 01/11/2022 | 130 | NOTICE by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon re 111 MOTION to Compel *Discovery and For Sanctions* MOTION for Sanctions (Attachments: # 1 Text of Proposed Order)(Krugman, Edward) (Entered: 01/11/2022) |
| 01/12/2022 | 131 | ORDER RE DISCOVERY. Signed by Hon. Christina Reiss on 1/11/2022. (JLV) (Entered: 01/12/2022) |
| 02/24/2022 | 132 | Consent MOTION for Extension of Time to Complete Discovery by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Joachim, Jordan) (Entered: 02/24/2022) |
| 02/25/2022 | 133 | NOTICE of Appearance by Hugh M. Russ, III on behalf of Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young (Russ, Hugh) (Entered: 02/25/2022) |
| 02/25/2022 | 134 | NOTICE of Appearance by Peter A. Sahasrabudhe on behalf of Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young (Sahasrabudhe, Peter) (Entered: 02/25/2022) |
| 03/21/2022 | 135 | TEXT ORDER granting 132 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 3/21/2022. (JLV) (Entered: 03/21/2022) |
| 04/25/2022 | 136 | NOTICE of Appearance by David A. Short on behalf of City of Buffalo, N.Y. (Short, David) (Entered: 04/25/2022) |
| 05/13/2022 | 137 | Consent MOTION for Extension of Time to Complete Discovery by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Short, David) (Entered: 05/13/2022) |
| 05/13/2022 | 138 | TEXT ORDER granting 137 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 5/13/2022. (CGJ) (Entered: 05/13/2022) |
| 06/15/2022 | 139 | NOTICE of Withdrawal of Attorney: David Alastair Short no longer appearing for Defendants Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. <br><br> CLERK TO FOLLOW UP. <br><br> (Short, David) (Entered: 06/15/2022) |
| 07/06/2022 | 140 | NOTICE of Appearance by Katelyn Amalie Rauh on behalf of All Defendants (Rauh, Katelyn) (Entered: 07/06/2022) |
| 07/28/2022 | 141 | Joint MOTION for Extension of Time to Complete Discovery by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 07/28/2022) |
| 08/01/2022 | 142 | TEXT ORDER granting 141 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 8/1/2022. (JLV) (Entered: 08/01/2022) |
| 08/10/2022 | 143 | Consent MOTION for Discovery *for issuance of subpoena to NYS DMV* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Text of Proposed Order (Exhibit A to Motion), # 2 Exhibit B – Form of Subpoena, # 3 Declaration of Edward P Krugman iso Motion)(Krugman, Edward) (Entered: 08/10/2022) |

| 08/11/2022 | 144 | ORDER granting 143 Motion for Discovery. Signed by Hon. Christina Reiss on 8/11/2022. (Attachments: # 1 Exhibit A– Issued Subpoena) (JLV)<br><br>This was mailed to: Edward Krugman. (Entered: 08/11/2022) |
|---|---|---|
| 08/12/2022 | 145 | NOTICE of Withdrawal of Attorney: Katelyn Rauh no longer appearing for Defendants Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.<br><br>CLERK TO FOLLOW UP.<br><br>(Sahasrabudhe, Peter) (Entered: 08/12/2022) |
| 11/15/2022 | 146 | MOTION to Adjourn Deadlines in Case Management Order by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 11/15/2022) |
| 11/17/2022 | 147 | TEXT ORDER granting 146 Motion to Adjourn Deadlines in Case Management Order. Signed by Hon. Christina Reiss on 11/17/2022. (JLV) (Entered: 11/17/2022) |
| 12/15/2022 | 148 | MOTION to Take Deposition from 11 Additional Witnesses by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Memorandum in Support of Motion for Leave to Take Additional Depositions, # 2 Declaration of Philip Irwin, # 3 Declaration of Claudia Wilner, # 4 Exhibit A to Wilner Decl., # 5 Exhibit B to Wilner Decl., # 6 Exhibit C to Wilner Decl., # 7 Exhibit D to Wilner Decl., # 8 Declaration of Edward Krugman, # 9 Exhibit 1 to Krugman Decl., # 10 Exhibit 2 to Krugman Decl., # 11 Exhibit 3 to Krugman Decl.)(Wilner, Claudia) (Entered: 12/15/2022) |
| 12/19/2022 | 149 | Letter filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon as to Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda . (Wilner, Claudia) (Entered: 12/19/2022) |
| 01/10/2023 | 150 | MOTION for Extension of Time to File Response/Reply as to 148 MOTION to Take Deposition from 11 Additional Witnesses by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 01/10/2023) |
| 01/10/2023 | | E–Filing Notification: 150 MOTION; The assigned judge does not permit the electronic filing or mailing of letters unless a letter formatted request is submitted pursuant to Rule 7 (2)(c) to exceed page limits. Every filing must have a caption with the courts name, a case title and a file number and should be prepared following Local Rule of Civil Procedure 10 and Local Rule of Criminal Procedure 49 (d). (JLV) (Entered: 01/10/2023) |
| 01/10/2023 | 151 | MOTION for Extension of Time to File Response/Reply as to 148 MOTION to Take Deposition from 11 Additional Witnesses by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 01/10/2023) |
| 01/12/2023 | 152 | TEXT ORDER granting 151 Motion for Extension of Time to File Response/Reply. Responses due by 1/17/2023. Signed by Hon. Christina Reiss on 1/12/2023. (JLV) (Entered: 01/12/2023) |
| 01/17/2023 | 153 | MEMORANDUM in Opposition re 148 MOTION to Take Deposition from 11 Additional Witnesses filed by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Sahasrabudhe, Peter) (Entered: 01/17/2023) |

| 01/24/2023 | 154 | REPLY to Response to Motion re 148 MOTION to Take Deposition from 11 Additional Witnesses filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Joachim, Jordan) (Entered: 01/24/2023) |
|---|---|---|
| 02/15/2023 | 155 | MOTION to appear pro hac vice *filed on behalf of Jessica M. Vosburgh* ( Filing fee $ 200 receipt number ANYWDC–4799006.) by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Motion For Pro Hac Vice Admission – Jessica M. Vosburgh, # 2 Jessica M. Vosburgh Petition for Pro Hac Vice Attorney Admission, # 3 Jessica M. Vosburgh – Sponsorship Form, # 4 Signed Attorney Oath – Jessica M. Vosburgh, # 5 Jessica M. Vosburgh Civility Form, # 6 Jessica M. Vosburgh ECF Registration)(Ezie, Andrea) (Entered: 02/15/2023) |
| 02/15/2023 | 156 | MOTION to appear pro hac vice *filed on behalf of Andrew J. Timmick* ( Filing fee $ 200 receipt number ANYWDC–4799052.) by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Motion for Pro Hac Vice Admission for Andrew J. Timmick, # 2 Andrew J. Timmick Petition for Pro Hac Vice Attorney Admission, # 3 Attorney Sponsorship Form for Andrew J. Timmick, # 4 Andrew J. Timmick Signed Attorney Oath, # 5 Andrew J. Timmick Civility Principles, # 6 Andrew J. Timmick ECF Registration)(Ezie, Andrea) (Entered: 02/15/2023) |
| 02/16/2023 | | E–Filing Notification: 155 MOTION to appear pro hac vice *filed on behalf of Jessica M. Vosburgh*, 156 MOTION to appear pro hac vice *filed on behalf of Andrew J. Timmick* ACTION REQUIRED: As required by L.R. Civ. P. 83.2(a)(1), PHV attorneys are required to obtain local counsel or submit a motion for waiver of that requirement. File appropriate documents using Docketing Event: Continuation of Exhibits. (DDS) (Entered: 02/16/2023) |
| 03/09/2023 | 157 | CONTINUATION OF EXHIBITS to E–Filing Notification, *Local Counsel Letters for Jessica Vosburgh & Andrew Timmick, pursuant to L.R. Civ. P. 83.2(a)(1).* (Attachments: # 1 Local Counsel Letter)(Ezie, Andrea) (Entered: 03/09/2023) |
| 03/10/2023 | 158 | MOTION for Extension of Time to Complete Discovery by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 03/10/2023) |
| 03/28/2023 | 159 | TEXT ORDER granting 158 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 3/28/2023. (JLV) (Entered: 03/28/2023) |
| 04/10/2023 | 160 | TEXT ORDER: Recognizing that the scope of discovery is broad under Fed. R. Civ. P. 26, but also recognizing Plaintiffs' initial request for forty–two depositions was burdensome, the court initially limited Plaintiffs to twenty depositions. Plaintiffs now seek to take an additional eleven depositions. Although this is a complex case and alleges constitutional violations that took place over a period of several years, not all of the depositions sought are necessary and commensurate with Plaintiffs' needs for discovery. The court is also mindful of the burden on Defendants. Plaintiffs' motion for leave to take additional depositions 148 is thus GRANTED IN PART AND DENIED IN PART. Plaintiffs may depose Officers Michael Healy, Jared Domaracki, Charles Miller, and Adam Wigdorski, as well as Octavio Villegas and Donna Estrich. Plaintiffs may also identify three deponents from the list of Officers Michael Acquino, Kelvin Sharpe, Richard Hy, Justin Tedesco, and Andrew Whiteford. It is unlikely that the court will authorize additional depositions absent compelling circumstances in light of the depositions authorized to date. Signed by Hon. Christina Reiss on 4/10/2023. (JLV) (Entered: 04/10/2023) |
| 04/27/2023 | 161 | NOTICE of Appearance by Cheyenne Nicole Freely on behalf of All Defendants (Freely, Cheyenne) (Entered: 04/27/2023) |
| 05/11/2023 | 162 | Consent MOTION for Discovery *for Issuance of a Second Updating Subpoena to NY DMV* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit A – Proposed Order, # 2 Exhibit B – Form |

| | | |
|---|---|---|
| | | of Subpoena, # 3 Declaration of Edward Krugman iso Motion)(Krugman, Edward) (Entered: 05/11/2023) |
| 05/12/2023 | 163 | ORDER granting 162 Motion for Discovery. Signed by Hon. Christina Reiss on 5/11/2023. (Attachments: # 1 Exhibit A– Issued Subpoena) (CGJ) <br><br>This was mailed to: Claudia Wilner. (Entered: 05/12/2023) |
| 05/18/2023 | 164 | MOTION to appear pro hac vice *filed on behalf of Christine Nelson* ( Filing fee $ 200 receipt number ANYWDC–4877527.) by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons. (Attachments: # 1 Motion for Pro Hac Vice Admission for Christine Nelson, # 2 Christine Nelson Petition for Pro Hac Vice Attorney Admission, # 3 Attorney Sponsorship Form for Christine Nelson, # 4 Christine Nelson Signed Attorney Oath, # 5 Christine Nelson Civility Principles, # 6 Christine Nelson ECF Registration, # 7 Local Counsel Letter)(Williams, Keisha) (Entered: 05/18/2023) |
| 05/18/2023 | 165 | TEXT ORDER granting 164 Motion for Pro Hac Vice. Signed by Hon. Christina Reiss on 5/18/2023. (CGJ) (Entered: 05/18/2023) |
| 06/01/2023 | 166 | MOTION to Permit Sufficient Time to Depose Named Defendant Byron Lockwood by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Claudia Wilner, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Wilner, Claudia) (Entered: 06/01/2023) |
| 06/14/2023 | 167 | MOTION to Modify the Scheduling Order by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Joachim, Jordan) (Entered: 06/14/2023) |
| 06/15/2023 | 168 | TEXT ORDER granting 167 Motion to Modify the Scheduling Order. Signed by Hon. Christina Reiss on 6/15/2023. (JLV) (Entered: 06/15/2023) |
| 06/15/2023 | 169 | RESPONSE in Opposition re 166 MOTION to Permit Sufficient Time to Depose Named Defendant Byron Lockwood filed by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Attachments: # 1 Exhibit A– Young Excerpt, # 2 Exhibit B–Brinkworth Excerpts, # 3 Exhibit C Part 1– Derenda First Session, # 4 Exhibit C Part 2– Derenda Second Session, # 5 Exhibit C Part 3– Derenda Third Session, # 6 Memorandum in Support of Defendants' Opposition to Plaintiffs' Motion to Question Defendant Lockwood for Fourteen Hours)(Sahasrabudhe, Peter) (Entered: 06/15/2023) |
| 06/22/2023 | 170 | REPLY/RESPONSE to re 166 MOTION to Permit Sufficient Time to Depose Named Defendant Byron Lockwood *[Reply in Further Support of Plaintiffs' Motion]* filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Joachim, Jordan) (Entered: 06/22/2023) |
| 06/29/2023 | 171 | ORDER granting in part and denying in part Plaintiffs' 166 Motion to Permit Sufficient Time to Depose Defendant Byron Lockwood. Signed by Hon. Christina Reiss on 6/29/2023. (JLV) (Entered: 06/29/2023) |
| 07/17/2023 | | E–Filing Notification: ***Motions terminated: 155 MOTION to appear pro hac vice *filed on behalf of Jessica M. Vosburgh* 156 MOTION to appear pro hac vice *filed on behalf of Andrew J. Timmick.* ACTION REQUIRED: Refile motions, exhibits and letters requesting waiver of local counsel for each attorney. (DDS) (DDS) (Entered: 07/17/2023) |
| 08/07/2023 | 172 | Consent MOTION to Amend/Correct 118 Order on Motion for Miscellaneous Relief *[Consent Motion for Order Supplementing Protective Order Governing Production of Attorneys' Eyes Only and Confidential Materials]* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Text |

| | | |
|---|---|---|
| | | of Proposed Order Supplementing the Modified Protective Order at ECF Dkt. No. 118)(Joachim, Jordan) (Entered: 08/07/2023) |
| 08/08/2023 | 173 | ORDER granting 172 Motion Supplementing Protective Order Governing Production of Attorneys' Eyes Only Confidential Materials. Signed by Hon. Christina Reiss on 8/8/23. (RE) (Entered: 08/08/2023) |
| 09/08/2023 | 174 | Consent MOTION for Extension of Time to Complete Discovery *and to Extend Deadlines in the Court's Case Management Order* by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 09/08/2023) |
| 09/11/2023 | 175 | TEXT ORDER granting 174 Motion for Extension of Time to Complete Discovery and to Extend Deadlines in the Court's Case Management Order. Signed by Hon. Christina Reiss on 9/11/2023. (JLV) (Entered: 09/11/2023) |
| 10/24/2023 | 176 | Consent MOTION for Extension of Time to Complete Discovery by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 10/24/2023) |
| 10/27/2023 | 177 | TEXT ORDER granting 176 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 10/27/2023. (JLV) (Entered: 10/27/2023) |
| 10/31/2023 | 178 | MOTION to Withdraw as Attorney *for Plaintiffs* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons.(Williams, Keisha) (Entered: 10/31/2023) |
| 11/02/2023 | 179 | TEXT ORDER granting 178 Motion to Withdraw as Attorney. Attorney Keisha Alecia Williams terminated. Signed by Hon. Christina Reiss on 11/2/2023. (JLV) (Entered: 11/02/2023) |
| 11/06/2023 | 180 | NOTICE of Appearance by Matthew Alan Parham on behalf of All Plaintiffs (Parham, Matthew) (Entered: 11/06/2023) |
| 11/20/2023 | 181 | Consent MOTION for Extension of Time to Complete Discovery by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 11/20/2023) |
| 11/29/2023 | 182 | TEXT ORDER granting 181 Stipulated Motion for Adjournment of Deadlines in Case Management Order. Signed by Hon. Christina Reiss on 11/29/2023. (LAW)<br><br>Clerk to Follow up (Entered: 11/29/2023) |
| 12/11/2023 | 183 | MOTION to Take Deposition from Buffalo Police Benevolent Association by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Matthew A. Parham, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Parham, Matthew) (Entered: 12/11/2023) |
| 12/11/2023 | 184 | MOTION to Expedite *Hearing on Motion for Leave to Take the Deposition of the Buffalo Police Benevolent Association* by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Text of Proposed Order)(Parham, Matthew) (Entered: 12/11/2023) |
| 12/12/2023 | 185 | TEXT ORDER granting 184 Motion to Expedite. Signed by Hon. Christina Reiss on 12/12/2023. (JLV) (Entered: 12/12/2023) |
| 12/12/2023 | 186 | TEXT ORDER granting Plaintiff's 183 MOTION to Take Deposition from Buffalo Police Benevolent Association. SO ORDERED. Issued by Hon. Christina Reiss on 12/12/2023. (JDK) (Entered: 12/12/2023) |

| 01/03/2024 | 187 | MOTION to Adjourn Deadlines in Case Management Order by City of Buffalo, N.Y..(Sahasrabudhe, Peter) (Entered: 01/03/2024) |
|---|---|---|
| 01/16/2024 | 188 | TEXT ORDER granting 187 Motion to Adjourn Deadlines in Case Management Order. Signed by Hon. Christina Reiss on 1/16/2024. (JLV) (Entered: 01/16/2024) |
| 02/19/2024 | 189 | Consent MOTION for Extension of Time to Complete Discovery by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 02/19/2024) |
| 02/22/2024 | 190 | TEXT ORDER granting 189 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 2/22/2024. (TMK) (Entered: 02/22/2024) |
| 03/21/2024 | 191 | Consent MOTION for Extension of Time to Complete Discovery by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Freely, Cheyenne) (Entered: 03/21/2024) |
| 03/25/2024 | 192 | TEXT ORDER granting 191 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 3/25/2024. (LB) (Entered: 03/25/2024) |
| 04/12/2024 | 193 | MOTION for Leave to File Excess Pages by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Parham, Matthew) (Entered: 04/12/2024) |
| 04/12/2024 | 194 | Joint MOTION to Adjourn Remaining Deadlines in Case Managemnet Order by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 04/12/2024) |
| 04/15/2024 | 195 | TEXT ORDER granting 193 Motion for Leave to File Excess Pages. Signed by Hon. Christina Reiss on 4/15/24. (DDS) (Entered: 04/15/2024) |
| 04/16/2024 | 196 | TEXT ORDER granting 194 Motion to Adjourn Remaining Deadlines in Case Management Order. Signed by Hon. Christina Reiss on 4/16/24. (DDS) (Entered: 04/16/2024) |
| 04/30/2024 | | E–Filing Notification: Motion Terminated: 194 Motion to Adjourn Remaining Deadlines in Case Management Order. Signed by Hon. Christina Reiss on 4/16/24. (DDS) (DDS) (Entered: 04/30/2024) |
| 05/14/2024 | 197 | MOTION to appear pro hac vice *filed on behalf of Philip A. Irwin* ( Filing fee $ 200 receipt number ANYWDC–5181730.) by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Parham, Matthew) (Entered: 05/14/2024) |
| 05/14/2024 | 198 | MOTION to appear pro hac vice *filed on behalf of Andrew J. Timmick* ( Filing fee $ 200 receipt number ANYWDC–5181732.) by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Parham, Matthew) (Entered: 05/14/2024) |
| 05/15/2024 | 199 | TEXT ORDER granting 197 Motion for Pro Hac Vice; granting 198 Motion for Pro Hac Vice. Signed by Hon. Christina Reiss on 5/15/24. (DDS) (Entered: 05/15/2024) |
| 05/16/2024 | 200 | Consent MOTION to adjourn case deadlines by Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 05/16/2024) |
| 05/17/2024 | 201 | TEXT ORDER granting 200 Motion. Signed by Hon. Christina Reiss on 5/17/24. (DDS) (Entered: 05/17/2024) |

| 05/29/2024 | 202 | MOTION to Certify Class by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Declaration of Joseph Bonds, # 2 Declaration of Jasmine Evans, # 3 Declaration of Dorethea Franklin, # 4 Declaration of De'Jon Hall, # 5 Declaration of Charles Palmer, # 6 Declaration of Shaketa Redden, # 7 Declaration of Shirley Sarmiento, # 8 Declaration of Taniqua Simmons, # 9 Declaration of Ebony Yeldon)(Joachim, Jordan) (Entered: 05/29/2024) |
|---|---|---|
| 05/29/2024 | 203 | DECLARATION signed by Claudia Wilner re 202 MOTION to Certify Class filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Joachim, Jordan) (Entered: 05/29/2024) |
| 05/29/2024 | 204 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. to 203 Declaration,,, filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit 22, # 2 Exhibit 23, # 3 Exhibit 24, # 4 Exhibit 25, # 5 Exhibit 26, # 6 Exhibit 27, # 7 Exhibit 28, # 8 Exhibit 29, # 9 Exhibit 30, # 10 Exhibit 31, # 11 Exhibit 32, # 12 Exhibit 33, # 13 Exhibit 34, # 14 Exhibit 35, # 15 Exhibit 36, # 16 Exhibit 37, # 17 Exhibit 38, # 18 Exhibit 39, # 19 Exhibit 40, # 20 Exhibit 41)(Joachim, Jordan) (Entered: 05/29/2024) |
| 05/29/2024 | 205 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. to 203 Declaration,,, filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit 43, # 2 Exhibit 44, # 3 Exhibit 45, # 4 Exhibit 46, # 5 Exhibit 47, # 6 Exhibit 48, # 7 Exhibit 49, # 8 Exhibit 50, # 9 Exhibit 51, # 10 Exhibit 52, # 11 Exhibit 53, # 12 Exhibit 54, # 13 Exhibit 55, # 14 Exhibit 56, # 15 Exhibit 57, # 16 Exhibit 58, # 17 Exhibit 59, # 18 Exhibit 60, # 19 Exhibit 61, # 20 Exhibit 62)(Joachim, Jordan) (Entered: 05/29/2024) |
| 05/29/2024 | 206 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. to 203 Declaration,,, filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit 64, # 2 Exhibit 65, # 3 Exhibit 66, # 4 Exhibit 67, # 5 Exhibit 68, # 6 Exhibit 69, # 7 Exhibit 70, # 8 Exhibit 71, # 9 Exhibit 72, # 10 Exhibit 73, # 11 Exhibit 74, # 12 Exhibit 75, # 13 Exhibit 76, # 14 Exhibit 77, # 15 Exhibit 78, # 16 Exhibit 79, # 17 Exhibit 80, # 18 Exhibit 81, # 19 Exhibit 82, # 20 Exhibit 83)(Joachim, Jordan) (Entered: 05/29/2024) |
| 05/29/2024 | 207 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. to 203 Declaration,,, filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit 85, # 2 Exhibit 86, # 3 Exhibit 87, # 4 Exhibit 88, # 5 Exhibit 89, # 6 Exhibit 90, # 7 Exhibit 91, # 8 Exhibit 92, # 9 Exhibit 93, # 10 Exhibit 94, # 11 Exhibit 95, # 12 Exhibit 96, # 13 Exhibit 97, # 14 Exhibit 98, # 15 Exhibit 99, # 16 Exhibit 100, # 17 Exhibit 101, # 18 Exhibit 102, # 19 Exhibit 103, # 20 Exhibit 104)(Joachim, Jordan) (Entered: 05/29/2024) |
| 05/29/2024 | 208 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. to 203 Declaration,,, filed by Black |

| | | |
|---|---|---|
| | | Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit 106, # 2 Exhibit 107, # 3 Exhibit 108, # 4 Exhibit 109, # 5 Exhibit 110, # 6 Exhibit 111, # 7 Exhibit 112, # 8 Exhibit 113, # 9 Exhibit 114, # 10 Exhibit 115, # 11 Exhibit 116, # 12 Exhibit 117, # 13 Exhibit 118, # 14 Exhibit 119, # 15 Exhibit 120, # 16 Exhibit 121, # 17 Exhibit 122, # 18 Exhibit 123, # 19 Exhibit 124, # 20 Exhibit 125)(Joachim, Jordan) (Entered: 05/29/2024) |
| 05/29/2024 | 209 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. to 203 Declaration,,, filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Exhibit 127, # 2 Exhibit 128, # 3 Exhibit 129, # 4 Exhibit 130, # 5 Exhibit 131, # 6 Exhibit 132, # 7 Exhibit 133, # 8 Exhibit 134, # 9 Exhibit 135, # 10 Exhibit 136, # 11 Exhibit 137, # 12 Exhibit 138, # 13 Exhibit 139, # 14 Exhibit 140, # 15 Exhibit 141, # 16 Exhibit 142, # 17 Exhibit 143, # 18 Exhibit 144, # 19 Exhibit 145)(Joachim, Jordan) (Entered: 05/29/2024) |
| 05/29/2024 | 210 | DECLARATION signed by Edward P. Krugman re 202 MOTION to Certify Class filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6A, # 7 Exhibit 6B, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14)(Joachim, Jordan) (Entered: 05/29/2024) |
| 05/29/2024 | 211 | MEMORANDUM in Support re 202 MOTION to Certify Class filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Joachim, Jordan) (Entered: 05/29/2024) |
| 05/30/2024 | 212 | AMENDED DOCUMENT by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. Amendment to 203 Declaration,,, *Amended Exhibit 3*. (Joachim, Jordan) (Entered: 05/30/2024) |
| 06/06/2024 | 213 | STIPULATION *[Stipulated Motion for Briefing Schedule on Class Certification]* by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Sahasrabudhe, Peter) (Entered: 06/06/2024) |
| 06/17/2024 | 214 | TEXT ORDER granting 213 Stipulation. Defendants' opposition to Plaintiffs' motion for class certification (Doc. 202) shall be filed no later than July 3, 2024. Plaintiffs' reply shall be filed no later than July 31, 2024. Signed by Hon. Christina Reiss on 6/17/2024. (CGJ) (Entered: 06/17/2024) |
| 06/18/2024 | 215 | Joint MOTION to Adjourn Remaining Deadlines in Case Managemnet Order by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young.(Sahasrabudhe, Peter) (Entered: 06/18/2024) |
| 06/20/2024 | 216 | TEXT ORDER granting 215 Motion to Adjourn Remaining Deadlines in Case Management Order. Signed by Hon. Christina Reiss on 6/20/2024. (CGJ) (Entered: 06/20/2024) |
| 06/26/2024 | 217 | STIPULATION *[Stipulated Motion to Amend Briefing Schedule Deadlines on Class Certification]* by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Sahasrabudhe, Peter) (Entered: 06/26/2024) |

| | | |
|---|---|---|
| 06/27/2024 | 218 | TEXT ORDER GRANTING re 217 STIPULATED MOTION TO AMEND BRIEFING SCHEDULE DEADLINES ON CLASS CERTIFICATION, filed by Byron C Lockwood, Daniel Derenda, Unknown Officers 1–20, Aaron Young, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Kevin Brinkworth, Philip Serafini, City of Buffalo, N.Y. Signed by Hon. Christina Reiss on 6/27/24. (DDS) (Entered: 06/27/2024) |
| 07/12/2024 | 219 | DECLARATION re 202 MOTION to Certify Class filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda *[Freely Declaration in Opposition to Motion for Class Certification]* filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29)(Freely, Cheyenne) (Entered: 07/12/2024) |
| 07/12/2024 | 220 | MEMORANDUM in Opposition re 202 MOTION to Certify Class *[City of Buffalo Defendants' Memorandum of Law in Opposition to Motion for Class Certification]* filed by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Freely, Cheyenne) (Entered: 07/12/2024) |
| 07/25/2024 | 221 | MOTION for Leave to File Excess Pages by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Parham, Matthew) (Entered: 07/25/2024) |
| 07/30/2024 | 222 | TEXT ORDER granting 221 Motion for Leave to File Excess Pages. Signed by Chief District Judge Christina Clair Reiss on 7/30/24. (DDS) Modified on 8/1/2024 to show as Text Order (DDS). (Entered: 07/30/2024) |
| 08/01/2024 | | E–Filing Notification: 222 TEXT ORDER Modified on 8/1/2024 to show as Text Order (DDS). (DDS) (Entered: 08/01/2024) |
| 08/09/2024 | 223 | REPLY to Response to Motion re 202 MOTION to Certify Class filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Wilner, Claudia) (Entered: 08/09/2024) |
| 08/09/2024 | 224 | DECLARATION re 202 MOTION to Certify Class filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall filed by Shirley Sarmiento, Shaketa Redden, Black Love Resists in the Rust, Jane Doe, Dorethea Franklin, Charles Palmer, Taniqua Simmons, Ebony Yeldon, Joseph Bonds, De'Jon Hall. (Attachments: # 1 Exhibit A)(Wilner, Claudia) (Entered: 08/09/2024) |
| 08/14/2024 | 225 | SCHEDULING NOTICE: Motion Hearing re 220 MOTION to Certify Class filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon on Thursday, December 12, 2024 at 1:00 PM before Hon. Christina Reiss to be held by Zoom for Government. The Court will send counsel a separate email link to join the conference. (JLV) (Entered: 08/14/2024) |
| 08/14/2024 | 226 | Joint MOTION Amend Scheduling Order by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 08/14/2024) |
| 08/15/2024 | 227 | TEXT ORDER granting 226 Motion to Amend Scheduling Order. Signed by Chief District Judge Christina Clair Reiss on 8/15/24. (DDS) (Entered: 08/15/2024) |

| 09/10/2024 | 228 | Joint MOTION to Amend Scheduling Order by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 09/10/2024) |
|---|---|---|
| 09/13/2024 | 229 | TEXT ORDER granting 228 Motion to Amend Scheduling Order. Signed by Chief District Judge Christina Clair Reiss on 9/13/2024. (DDS) (Entered: 09/13/2024) |
| 09/19/2024 | 230 | SCHEDULING NOTICE:<br><br>**IN–PERSON** Motion Hearing set for 202 MOTION to Certify Class on 10/23/2024 at 10:00 AM in Buffalo Courtroom, 9th Floor East, 2 Niagara Square, Buffalo, NY before Chief District Judge Christina Reiss.<br><br>The previously scheduled Zoom proceeding on December 12, 2024 is hereby cancelled. (JLV) (Entered: 09/19/2024) |
| 10/02/2024 | 231 | Joint MOTION for Extension of Time to Complete Discovery by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon and all Defendants.(Joachim, Jordan) Modified on 10/3/2024 (DDS). (Entered: 10/02/2024) |
| 10/03/2024 | 232 | TEXT ORDER granting 231 Motion for Extension of Time to Complete Discovery. Signed by Chief District Judge Christina Clair Reiss on 10/3/2024. (DDS) (Entered: 10/03/2024) |
| 10/07/2024 | 233 | NOTICE by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young re 219 Declaration,,,, 220 Memorandum in Opposition to Motion, *[Defendants' Notice of Supplemental Authority]* (Attachments: # 1 Exhibit A)(Freely, Cheyenne) (Entered: 10/07/2024) |
| 10/14/2024 | 234 | REPLY/RESPONSE to re 233 Notice (Other), filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Wilner, Claudia) (Entered: 10/14/2024) |
| 10/14/2024 | 235 | NOTICE by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon *of Supplemental Authority* (Attachments: # 1 Exhibit A)(Wilner, Claudia) (Entered: 10/14/2024) |
| 10/15/2024 | 236 | Consent MOTION to Authorize Remote Hearing Participation by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 10/15/2024) |
| 10/16/2024 | 237 | TEXT ORDER granting 236 Motion to Authorize Remote Hearing Participation. Signed by Chief District Judge Christina Clair Reiss on 10/16/2024. (DDS) (Entered: 10/16/2024) |
| 10/23/2024 | 238 | Minute Entry for proceedings held before Chief District Judge Christina Clair Reiss: Motion Hearing held on 10/23/2024 re 202 MOTION to Certify Class. Claudia Wilner, Esq., Anjana Malhotra, Esq., Jordan Joachim, Esq., Christine Nelson, Esq., and Matthew Parham, Esq., present for pltf. Hugh Ross, Esq., Cheyenne Frely, Esq., and Peter Sahasrabhe, Esq., present for dft. The court makes inquiries. Statements by counsel. ORDERED: plaintiffs may file supplemental briefing. Dft's have 14 days to respond to briefing. Court will take the matter under advisement thereafter. (Court Reporter Diane Martens.) (JR) (Entered: 10/24/2024) |
| 11/11/2024 | 239 | Consent MOTION to Amend Schedule by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe.(Wilner, Claudia) (Entered: 11/11/2024) |
| 11/15/2024 | 240 | TEXT ORDER granting 239 Motion to Amend Schedule. Signed by Chief District Judge Christina Clair Reiss on 11/15/2024. (DDS) (Entered: 11/15/2024) |

| | | |
|---|---|---|
| 11/19/2024 | 241 | MEMORANDUM/BRIEF re 202 MOTION to Certify Class *(Supplemental)* by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Wilner, Claudia) (Entered: 11/19/2024) |
| 11/21/2024 | 242 | Consent MOTION to Adjourn Court–Ordered Deadlines in Case Management Order by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood.(Sahasrabudhe, Peter) (Entered: 11/21/2024) |
| 11/25/2024 | 243 | TEXT ORDER granting 242 Motion to Adjourn. Signed by Chief District Judge Christina Clair Reiss on 11/25/2024. (CGJ) (Entered: 11/25/2024) |
| 12/04/2024 | 244 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing held on October 23, 2024, before Judge Christina Clair Reiss. Court Reporter Diane S. Martens, dmartensreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporterbefore the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/26/2024. Redacted Transcript Deadline set for 1/6/2025. Release of Transcript Restriction set for 3/4/2025. (DSM) (Entered: 12/04/2024) |
| 12/06/2024 | 245 | REPLY/RESPONSE to re 241 Memorandum/Brief, *[Brief in Response to Plaintiffs' Supplemental Submission in Support of Class Certification]* filed by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood. (Attachments: # 1 Declaration of Cheyenne Freely, Esq., # 2 Exhibit 1)(Freely, Cheyenne) (Entered: 12/06/2024) |
| 12/18/2024 | 246 | Consent MOTION to Adjourn Deadline in Case Management Order by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood.(Sahasrabudhe, Peter) (Entered: 12/18/2024) |
| 12/20/2024 | 247 | TEXT ORDER granting 246 Motion to Adjourn Deadlines in Case Management Order. Signed by Chief District Judge Christina Clair Reiss on 2/20/2024. (DDS) (Entered: 12/20/2024) |
| 01/28/2025 | 248 | Joint MOTION to Adjourn Deadlines in Case Management Order *(Stipulated)* by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Taniqua Simmons, De'Jon Hall, Jane Doe.(Joachim, Jordan) (Entered: 01/28/2025) |
| 01/31/2025 | 249 | TEXT ORDER granting 248 Motion to Adjourn Deadlines in Case Management Order. Signed by Chief District Judge Christina Clair Reiss on 1/31/2025. (DDS) Modified on 1/31/2025 (DDS). (Entered: 01/31/2025) |
| 01/31/2025 | | E–Filing Notification: 249 TEXT ORDER granting 248 Motion to Adjourn Deadlines in Case Management Order. Signed by Chief District Judge Christina Clair Reiss on 1/31/2025. (DDS) Modified to correct entry title on 1/31/2025 (DDS). (DDS) (Entered: 01/31/2025) |
| 02/04/2025 | 250 | Letter filed by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood *(Letter to Judge Requesting Permission to Exceed Page Limit)*. (Freely, Cheyenne) (Entered: 02/04/2025) |
| 02/05/2025 | 251 | TEXT ORDER GRANTING re 250 Letter, filed by Byron C Lockwood, Daniel Derenda, Unknown Officers 1–20, Aaron Young, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Kevin Brinkworth, Philip Serafini, City of Buffalo, N.Y. Signed by Chief District Judge Christina Clair Reiss on 2/5/2025. (DDS) (Entered: 02/05/2025) |
| 02/07/2025 | 252 | MOTION for Summary Judgment by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood. (Attachments: # 1 Declaration of Peter A. Sahasrabudhe, # 2 Exhibit 1, # 3 Exhibit 2, # |

| | | |
|---|---|---|
| | | 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Statement of Undisputed Facts, # 46 Memorandum in Support of Defendants' Motion for Summary Judgment)(Sahasrabudhe, Peter) (Entered: 02/07/2025) |
| 02/07/2025 | 253 | MOTION for Partial Summary Judgment *against the City of Buffalo* by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment against the City of Buffalo, # 2 Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment, # 3 Appendix to Local Rule 56 Statement of Material Facts, # 4 Declaration of Edward P. Krugman, # 5 Declaration of Charles Palmer, # 6 Declaration of De'Jon Hall, # 7 Declaration of Dorethea Franklin, # 8 Declaration of Ebony Yeldon, # 9 Declaration of Jasmine Evans, # 10 Declaration of Joseph Bonds, # 11 Declaration of Shaketa Redden, # 12 Declaration Shirley Sarmiento, # 13 Declaration Taniqua Simmons)(Irwin, Philip) (Entered: 02/07/2025) |
| 02/07/2025 | 254 | DECLARATION signed by Philip Irwin re 253 MOTION for Partial Summary Judgment *against the City of Buffalo* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32)(Irwin, Philip) (Entered: 02/07/2025) |
| 03/13/2025 | 255 | Consent MOTION for Extension of Time to Complete Discovery by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood.(Sahasrabudhe, Peter) (Entered: 03/13/2025) |
| 03/14/2025 | 256 | TEXT ORDER granting 255 Motion for Extension of Time to Complete Discovery. Signed by Hon. Christina Reiss on 3/14/25. (RE) (Entered: 03/14/2025) |
| 04/01/2025 | 257 | Joint MOTION to Adjourn Deadlines in Case Management Order *(Stipulated)* by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe.(Joachim, Jordan) (Entered: 04/01/2025) |
| 04/01/2025 | 258 | MOTION for Leave to File Excess Pages *for Opposition to Defendants' Motion for Summary Judgment* by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe.(Joachim, Jordan) (Entered: 04/01/2025) |
| 04/02/2025 | 259 | TEXT ORDER granting 257 Motion to Adjourn. Signed by District Judge Christina Reiss on 4/2/25. (RE) (Entered: 04/02/2025) |
| 04/02/2025 | 260 | TEXT ORDER granting 258 Motion for Leave to File Excess Pages. Signed by District Judge Christina Reiss on 4/2/25. (RE) (Entered: 04/02/2025) |
| 04/22/2025 | 261 | OPINION AND ORDER granting in part and denying in part 202 Motion to Certify Class. Signed by Chief District Judge Christina Clair Reiss on 4/22/25. (JHF) (Entered: 04/22/2025) |
| 04/22/2025 | 262 | OPINION AND ORDER granting in part and denying in part Plaintiffs' 202 Motion to Certify Class. Signed by District Judge Christina Clair Reiss on 4/22/2025. (DDS) |

| | | |
|---|---|---|
| | | (Entered: 04/22/2025) |
| 04/23/2025 | | E–filing Notification: Please disregard 262 Opinion and Order: Duplicate order inadvertently entered on the docket. (DDS) (Entered: 04/23/2025) |
| 04/25/2025 | 263 | Joint MOTION to Adjourn Deadlines in Case Management Order (Stipulated) by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe.(Joachim, Jordan) (Entered: 04/25/2025) |
| 05/06/2025 | 264 | TEXT ORDER granting 263 Motion to Adjourn Deadlines in Case Management Order. Signed by Hon. District Judge Christina Reiss on 5/6/25. (RE) (Entered: 05/06/2025) |
| 05/06/2025 | 265 | NOTICE by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood re 261 Order on Motion to Certify Class *[Notice of Petition for Leave to Appeal to the Second Circuit]* (Sahasrabudhe, Peter) (Entered: 05/06/2025) |
| 05/14/2025 | | USCA Case Number 25–1191 opened on 5/8/25 re 265 Notice of Petition for Leave to Appeal to the Second Circuit. (RE) (Entered: 05/14/2025) |
| 05/30/2025 | 266 | RESPONSE in Opposition re 253 MOTION for Partial Summary Judgment *against the City of Buffalo [City of Buffalo Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment]* filed by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood. (Freely, Cheyenne) (Entered: 05/30/2025) |
| 05/30/2025 | 267 | STATEMENT OF FACTS *[City Defendants' Responses to Plaintiff's Rule 56(A) Statements]* by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood Related document: 253 Motion for Partial Summary Judgment,,,. (Freely, Cheyenne) (Entered: 05/30/2025) |
| 05/30/2025 | 268 | DECLARATION signed by Andrew J. Timmick re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 269 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 21–40 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 22, # 2 Exhibit 23, # 3 Exhibit 24, # 4 Exhibit 25, # 5 Exhibit 26, # 6 Exhibit 27, # 7 Exhibit 28, # 8 Exhibit 29, # 9 Exhibit 30, # 10 Exhibit 31, # 11 Exhibit 32, # 12 Exhibit 33, # 13 Exhibit 34, # 14 Exhibit 35, # 15 Exhibit 36, # 16 Exhibit 37, # 17 Exhibit 38, # 18 Exhibit 39, # 19 Exhibit 40)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 270 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 41–60* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 42, # 2 Exhibit 43, # 3 Exhibit 44, # 4 Exhibit 45, # 5 Exhibit 46, # 6 Exhibit 47, # 7 Exhibit 48, # 8 Exhibit 49, # 9 Exhibit 50, # 10 Exhibit 51, # 11 Exhibit 52, # 12 Exhibit 53, # 13 Exhibit 54, |

| | | |
|---|---|---|
| | | # 14 Exhibit 55, # 15 Exhibit 56, # 16 Exhibit 57, # 17 Exhibit 58, # 18 Exhibit 59, # 19 Exhibit 60)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 271 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, Jane Doe. to 268 Declaration,,, *Exhibits 61 – 80 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, Jane Doe. (Attachments: # 1 Exhibit 62, # 2 Exhibit 63, # 3 Exhibit 64, # 4 Exhibit 65, # 5 Exhibit 66, # 6 Exhibit 67, # 7 Exhibit 68, # 8 Exhibit 69, # 9 Exhibit 70, # 10 Exhibit 71, # 11 Exhibit 72, # 12 Exhibit 73, # 13 Exhibit 74, # 14 Exhibit 75, # 15 Exhibit 76, # 16 Exhibit 77, # 17 Exhibit 78, # 18 Exhibit 79, # 19 Exhibit 80)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 272 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, Jane Doe. to 268 Declaration,,, *Exhibits 81–100 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, Jane Doe. (Attachments: # 1 Exhibit 82, # 2 Exhibit 83, # 3 Exhibit 84, # 4 Exhibit 85, # 5 Exhibit 86, # 6 Exhibit 87, # 7 Exhibit 88, # 8 Exhibit 89, # 9 Exhibit 90, # 10 Exhibit 91, # 11 Exhibit 92, # 12 Exhibit 93, # 13 Exhibit 94, # 14 Exhibit 95, # 15 Exhibit 96, # 16 Exhibit 97, # 17 Exhibit 98, # 18 Exhibit 99, # 19 Exhibit 100)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 273 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 101 – 120 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 102, # 2 Exhibit 103, # 3 Exhibit 104, # 4 Exhibit 105, # 5 Exhibit 106, # 6 Exhibit 107, # 7 Exhibit 108, # 8 Exhibit 109, # 9 Exhibit 110, # 10 Exhibit 111, # 11 Exhibit 112, # 12 Exhibit 113, # 13 Exhibit 114, # 14 Exhibit 115, # 15 Exhibit 116, # 16 Exhibit 117, # 17 Exhibit 118, # 18 Exhibit 119, # 19 Exhibit 120)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 274 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 121–140 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 122, # 2 Exhibit 123, # 3 Exhibit 124, # 4 Exhibit 125, # 5 Exhibit 126, # 6 Exhibit 127, # 7 Exhibit 128, # 8 Exhibit 129, # 9 Exhibit 130, # 10 Exhibit 131, # 11 Exhibit 132, # 12 Exhibit 133, # 13 Exhibit 134, # 14 Exhibit 135, # 15 Exhibit 136, # 16 Exhibit 137, # 17 Exhibit 138, # 18 Exhibit 139, # 19 Exhibit 140)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 275 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 141 – 160 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 142, # 2 Exhibit 143, # 3 Exhibit 144, # 4 Exhibit 145, # 5 Exhibit 146, # 6 Exhibit 147, # 7 Exhibit 148, # 8 Exhibit 149, # 9 Exhibit 150, # 10 Exhibit 151, # 11 Exhibit 152, # 12 Exhibit 153, # 13 Exhibit 154, # 14 Exhibit 155, # 15 Exhibit 156, # 16 Exhibit 157, # 17 Exhibit 158, # 18 Exhibit 159, # 19 Exhibit 160)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 276 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 161–180 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea |

| | | |
|---|---|---|
| | | Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 162, # 2 Exhibit 163, # 3 Exhibit 164, # 4 Exhibit 165, # 5 Exhibit 166, # 6 Exhibit 167, # 7 Exhibit 168, # 8 Exhibit 169, # 9 Exhibit 170, # 10 Exhibit 171, # 11 Exhibit 172, # 12 Exhibit 173, # 13 Exhibit 174, # 14 Exhibit 175, # 15 Exhibit 176, # 16 Exhibit 177, # 17 Exhibit 178, # 18 Exhibit 179, # 19 Exhibit 180)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 277 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 181 – 200 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 182, # 2 Exhibit 183, # 3 Exhibit 184, # 4 Exhibit 185, # 5 Exhibit 186, # 6 Exhibit 187, # 7 Exhibit 188, # 8 Exhibit 189, # 9 Exhibit 190, # 10 Exhibit 191, # 11 Exhibit 192, # 12 Exhibit 193, # 13 Exhibit 194, # 14 Exhibit 195, # 15 Exhibit 196, # 16 Exhibit 197, # 17 Exhibit 198, # 18 Exhibit 199, # 19 Exhibit 200)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 278 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 201–220 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 202, # 2 Exhibit 203, # 3 Exhibit 204, # 4 Exhibit 205, # 5 Exhibit 206, # 6 Exhibit 207, # 7 Exhibit 208, # 8 Exhibit 209, # 9 Exhibit 210, # 10 Exhibit 211, # 11 Exhibit 212, # 12 Exhibit 213, # 13 Exhibit 214, # 14 Exhibit 215, # 15 Exhibit 216, # 16 Exhibit 217, # 17 Exhibit 218, # 18 Exhibit 219, # 19 Exhibit 220)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 279 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 221 – 240 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 222, # 2 223, # 3 224, # 4 225, # 5 226, # 6 227, # 7 228, # 8 229, # 9 230, # 10 231, # 11 232, # 12 233, # 13 234, # 14 235, # 15 236, # 16 237, # 17 238, # 18 239, # 19 240)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 280 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 241–260 of the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 242, # 2 Exhibit 243, # 3 Exhibit 244, # 4 Exhibit 245, # 5 Exhibit 246, # 6 Exhibit 247, # 7 Exhibit 248, # 8 Exhibit 249, # 9 Exhibit 250, # 10 Exhibit 251, # 11 Exhibit 252, # 12 Exhibit 253, # 13 Exhibit 254, # 14 Exhibit 255, # 15 Exhibit 256, # 16 Exhibit 257, # 17 Exhibit 258, # 18 Exhibit 259, # 19 Exhibit 260)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 281 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibit 261 – 280 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 262, # 2 Exhibit 263, # 3 Exhibit 264, # 4 Exhibit 265, # 5 Exhibit 266, # 6 Exhibit 267, # 7 Exhibit 268, # 8 Exhibit 269, # 9 Exhibit 270, # 10 Exhibit 271, # 11 Exhibit 272, # 12 Exhibit 273, # 13 Exhibit 274, # 14 Exhibit 275, # 15 Exhibit 276, # 16 Exhibit 277, # 17 Exhibit 278, # 18 Exhibit 279, # 19 Exhibit 280)(Timmick, Andrew) (Entered: 05/30/2025) |

| | | |
|---|---|---|
| 05/30/2025 | 282 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 281–300 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 282, # 2 Exhibit 283, # 3 Exhibit 284, # 4 Exhibit 285, # 5 Exhibit 286, # 6 Exhibit 287, # 7 Exhibit 288, # 8 Exhibit 289, # 9 Exhibit 290, # 10 Exhibit 291, # 11 Exhibit 292, # 12 Exhibit 293, # 13 Exhibit 294, # 14 Exhibit 295, # 15 Exhibit 296, # 16 Exhibit 297, # 17 Exhibit 298, # 18 Exhibit 299, # 19 Exhibit 300)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 283 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 301 – 320 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 302, # 2 Exhibit 303, # 3 Exhibit 304, # 4 Exhibit 305, # 5 Exhibit 306, # 6 Exhibit 307, # 7 Exhibit 308, # 8 Exhibit 309, # 9 Exhibit 310, # 10 Exhibit 311, # 11 Exhibit 312, # 12 Exhibit 313, # 13 Exhibit 314, # 14 Exhibit 315, # 15 Exhibit 316, # 16 Exhibit 317, # 17 Exhibit 318, # 18 Exhibit 319, # 19 Exhibit 320)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 284 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 321–329 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 322, # 2 Exhibit 323, # 3 Exhibit 324, # 4 Exhibit 325, # 5 Exhibit 326, # 6 Exhibit 327, # 7 Exhibit 328, # 8 Exhibit 329)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 285 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibits 330–340 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 331, # 2 Exhibit 332, # 3 Exhibit 333, # 4 Exhibit 334, # 5 Exhibit 335, # 6 Exhibit 336, # 7 Exhibit 337, # 8 Exhibit 338, # 9 Exhibit 339, # 10 Exhibit 340)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 286 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 268 Declaration,,, *Exhibit 341 – 350 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 342, # 2 Exhibit 343, # 3 Exhibit 344, # 4 Exhibit 345, # 5 Exhibit 346, # 6 Exhibit 347, # 7 Exhibit 348, # 8 Exhibit 349, # 9 Exhibit 350)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 287 | DECLARATION re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Declaration of Edward D. Krugman in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Timmick, Andrew) (Entered: 05/30/2025) |

| 05/30/2025 | 288 | DECLARATION signed by Bianca Bassett re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| --- | --- | --- |
| 05/30/2025 | 289 | DECLARATION signed by Bruce Myree re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 290 | DECLARATION signed by Charles Palmer re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 291 | DECLARATION signed by Dorethea Franklin re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 292 | DECLARATION signed by Quentin Suttles re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 293 | DECLARATION signed by Ebony Yeldon re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 294 | DECLARATION signed by De'Jon Hall re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 295 | DECLARATION signed by Scott Griffin re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 296 | DECLARATION signed by IAD Witness re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon |

| | | |
|---|---|---|
| | | Hall, Jane Doe filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 297 | DECLARATION signed by Shaketa Redden re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 298 | DECLARATION signed by Jasmine Evans re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 299 | DECLARATION signed by Joseph Bonds re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 300 | DECLARATION signed by Edward Krugman re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 301 | DECLARATION signed by Shirley Sarmiento re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 302 | DECLARATION signed by Delwanda Garland re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 303 | DECLARATION signed by Stanley Clyburn re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 304 | DECLARATION signed by Talisha Davis re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |

| 05/30/2025 | 305 | DECLARATION signed by Tanika Lucas re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
|---|---|---|
| 05/30/2025 | 306 | DECLARATION signed by Taniqua Simmons re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 307 | DECLARATION signed by Michael Taylor re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe, Shaketa Redden *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe, Shaketa Redden. (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 308 | DECLARATION signed by Andrew J. Timmick re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Second Declaration in Opposition to Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 351, # 2 Exhibit 352, # 3 Exhibit 353, # 4 Exhibit 354, # 5 Exhibit 355, # 6 Exhibit 356, # 7 Exhibit 357, # 8 Exhibit 358, # 9 Exhibit 359, # 10 Exhibit 360, # 11 Exhibit 361, # 12 Exhibit 362, # 13 Exhibit 363, # 14 Exhibit 364, # 15 Exhibit 365, # 16 Exhibit 366, # 17 Exhibit 367, # 18 Exhibit 368, # 19 Exhibit 369, # 20 Exhibit 370)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 309 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *in Opposition to Defendants' Motion for Summary Judgment* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 372, # 2 Exhibit 373, # 3 Exhibit 374, # 4 Exhibit 375, # 5 Exhibit 376, # 6 Exhibit 377, # 7 Exhibit 378, # 8 Exhibit 379, # 9 Exhibit 380, # 10 Exhibit 381, # 11 Exhibit 382, # 12 Exhibit 383, # 13 Exhibit 384, # 14 Exhibit 385, # 15 Exhibit 386, # 16 Exhibit 387, # 17 Exhibit 388, # 18 Exhibit 389, # 19 Exhibit 390)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 310 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 391–407 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 392, # 2 Exhibit 393, # 3 Exhibit 394, # 4 Exhibit 395, # 5 Exhibit 396, # 6 Exhibit 397, # 7 Exhibit 398, # 8 Exhibit 399, # 9 Exhibit 400, # 10 Exhibit 401, # 11 Exhibit 402, # 12 Exhibit 403, # 13 Exhibit 404, # 14 Exhibit 405, # 15 Exhibit 406, # 16 Exhibit 407)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 311 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 408–410 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 409, # |

| | | |
|---|---|---|
| | | 2 Exhibit 410)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 312 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 411 – 430 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 412, # 2 Exhibit 413, # 3 Exhibit 414, # 4 Exhibit 415, # 5 Exhibit 416, # 6 Exhibit 417, # 7 Exhibit 418, # 8 Exhibit 419, # 9 Exhibit 420, # 10 Exhibit 421, # 11 Exhibit 422, # 12 Exhibit 423, # 13 Exhibit 424, # 14 Exhibit 425, # 15 Exhibit 426, # 16 Exhibit 427, # 17 Exhibit 428, # 18 Exhibit 429, # 19 Exhibit 430)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 313 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 431–450 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 432, # 2 Exhibit 433, # 3 Exhibit 434, # 4 Exhibit 435, # 5 Exhibit 436, # 6 Exhibit 437, # 7 Exhibit 438, # 8 Exhibit 439, # 9 Exhibit 440, # 10 Exhibit 441, # 11 Exhibit 442, # 12 Exhibit 443, # 13 Exhibit 444, # 14 Exhibit 445, # 15 Exhibit 446, # 16 Exhibit 447, # 17 Exhibit 448, # 18 Exhibit 449, # 19 Exhibit 450)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 314 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 451 – 470 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 452, # 2 Exhibit 453, # 3 Exhibit 454, # 4 Exhibit 455, # 5 Exhibit 456, # 6 Exhibit 457, # 7 Exhibit 458, # 8 Exhibit 459, # 9 Exhibit 460, # 10 Exhibit 461, # 11 Exhibit 462, # 12 Exhibit 463, # 13 Exhibit 464, # 14 Exhibit 465, # 15 Exhibit 466, # 16 Exhibit 467, # 17 Exhibit 468, # 18 Exhibit 469, # 19 Exhibit 470)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 315 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 471–490 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 472, # 2 Exhibit 473, # 3 Exhibit 474, # 4 Exhibit 475, # 5 Exhibit 476, # 6 Exhibit 477, # 7 Exhibit 478, # 8 Exhibit 479, # 9 Exhibit 480, # 10 Exhibit 481, # 11 Exhibit 482, # 12 Exhibit 483, # 13 Exhibit 484, # 14 Exhibit 485, # 15 Exhibit 486, # 16 Exhibit 487, # 17 Exhibit 488, # 18 Exhibit 489, # 19 Exhibit 490)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 316 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 491 – 510 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 492, # 2 Exhibit 493, # 3 Exhibit 494, # 4 Exhibit 495, # 5 Exhibit 496, # 6 Exhibit 497, # 7 Exhibit 498, # 8 Exhibit 499, # 9 Exhibit 500, # 10 Exhibit 501, # 11 Exhibit 502, # 12 Exhibit 503, # 13 Exhibit 504, # 14 Exhibit 505, # 15 Exhibit 506, # 16 Exhibit 507, # 17 Exhibit 508, # 18 Exhibit 509, # 19 Exhibit 510)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 317 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 511–530 to the Timmick Declaration* filed by Black Love Resists in the Rust, Shirley |

| | | Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 512, # 2 Exhibit 513, # 3 Exhibit 514, # 4 Exhibit 515, # 5 Exhibit 516, # 6 Exhibit 517, # 7 Exhibit 518, # 8 Exhibit 519, # 9 Exhibit 520, # 10 Exhibit 521, # 11 Exhibit 522, # 12 Exhibit 523, # 13 Exhibit 524, # 14 Exhibit 525, # 15 Exhibit 526, # 16 Exhibit 527, # 17 Exhibit 528, # 18 Exhibit 529, # 19 Exhibit 530)(Timmick, Andrew) (Entered: 05/30/2025) |
|---|---|---|
| 05/30/2025 | 318 | CONTINUATION OF EXHIBITS by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. to 308 Declaration,,, *Exhibits 531 – 539 to Timmick Declaration* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Exhibit 532, # 2 Exhibit 533, # 3 Exhibit 534, # 4 Exhibit 535, # 5 Exhibit 536, # 6 Exhibit 537, # 7 Exhibit 538, # 8 Exhibit 539)(Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | | NOTICE of MANUAL FILING by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe re 268 Declaration,,, 308 Declaration,,, 287 Declaration,,, (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 319 | STATEMENT OF FACTS *Counterstatement in Response to Defendants' Statement of Undisputed Facts pursuant to Local Rule 56(a)(2) and Additional Material Facts* by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe Related document: 252 Motion for Summary Judgment,,,,,. (Attachments: # 1 Appendix of Documents)(Wilner, Claudia) (Entered: 05/30/2025) |
| 05/30/2025 | 320 | NOTICE by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe re 268 Declaration,,, 308 Declaration,,, 287 Declaration,,, *Notice of Manual Filing of Certain Exhibits Filed in Opposition to Defendants' Motion for Summary Judgment* (Timmick, Andrew) (Entered: 05/30/2025) |
| 05/30/2025 | 321 | MEMORANDUM in Opposition re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Wilner, Claudia) (Entered: 05/30/2025) |
| 05/30/2025 | 322 | DECLARATION re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe *Declaration of Amandi Perera* filed by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Appendix A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Wilner, Claudia) (Entered: 05/30/2025) |
| 06/17/2025 | 323 | Consent MOTION for Extension of Time to File Response/Reply *[to Extend Summary Judgment Deadlines]* by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood.(Sahasrabudhe, Peter) (Entered: 06/17/2025) |
| 06/20/2025 | 324 | TEXT ORDER granting 323 Motion for Extension of Time to File Response/Reply, replies due by 8/1/2025. Signed by Chief District Judge Christina Clair Reiss on 6/20/2025. (LB) (Entered: 06/20/2025) |
| 06/23/2025 | 325 | NOTICE of Withdrawal of Attorney: Edward P. Krugman no longer appearing for Plaintiffs Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe.<br><br>CLERK TO FOLLOW UP.<br><br>(Wilner, Claudia) (Entered: 06/23/2025) |

| 06/30/2025 | | NOTICE OF HEARING: Oral Argument on the parties' motions 252 and 253 set for 10/17/2025 10:00 AM in US Courthouse, 2 Niagara Square, Buffalo, NY 14202–3350 before Chief District Judge Christina Clair Reiss. (EKM) (Entered: 06/30/2025) |
|---|---|---|
| 07/11/2025 | 326 | MOTION to Intervene by Markel Nance, Thomas Christopher Williams Jr., Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Andrew Timmick, # 3 Exhibit 1 – Complaint in Intervention, # 4 Exhibit 2 – Appendix C, Gennaco Report, # 5 Declaration of Thomas Christopher Williams Jr., # 6 Declaration of Markel Nance)(Timmick, Andrew) (Entered: 07/11/2025) |
| 07/11/2025 | 327 | MOTION for Reconsideration *of (1) the Denial of the Motion to Certify the Traffic Enforcement Class Pursuant to Rule 54(b) or, in the Alternative, (2) to Renew the Motion to Certify Pursuant to Rule 23(c)(1)(C)* by Markel Nance, Thomas Christopher Williams Jr., Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Andrew Timmick, # 3 Exhibit 1 – Complaint in Intervention, # 4 Exhibit 2 – Appendix C, Gennaco Report, # 5 Declaration of Thomas Christopher Williams Jr., # 6 Declaration of Markel Nance)(Timmick, Andrew) (Entered: 07/11/2025) |
| 07/17/2025 | 328 | NOTICE of Hearing on Motion 252 MOTION for Summary Judgment , 253 MOTION for Partial Summary Judgment *against the City of Buffalo* : Oral Argument set for 10/17/2025 10:00 AM via video conference before Chief District Judge Christina Clair Reiss. (EKM) (Entered: 07/17/2025) |
| 07/21/2025 | 329 | Consent MOTION for Extension of Time to File Response/Reply by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood.(Sahasrabudhe, Peter) (Entered: 07/21/2025) |
| 07/21/2025 | 330 | TEXT ORDER granting 329 Motion for Extension of Time to File Response/Reply Replies due by 8/1/2025.Signed by Chief District Judge Christina Clair Reiss on 7/21/2025. (TMK) (Entered: 07/21/2025) |
| 08/01/2025 | 331 | DECLARATION re 252 MOTION for Summary Judgment filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda filed by Aaron Young, City of Buffalo, N.Y., Philip Serafini, Unknown Officers 1–20, Byron C Lockwood, Kevin Brinkworth, Robbin Thomas, Unknown Supervisory Personnel 1–10, Byron B Brown, Daniel Derenda. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Defendants' Reply to Plaintiff's Response to Counterstatement of Facts, # 13 Memorandum in Support [Reply MOL in Further Support Motion for Summary Judgment])(Sahasrabudhe, Peter) (Entered: 08/01/2025) |
| 08/01/2025 | 332 | REPLY/RESPONSE to re 253 MOTION for Partial Summary Judgment *against the City of Buffalo Reply Brief in Support* filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Markel Nance, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Thomas Christopher Williams Jr., Ebony Yeldon. (Joachim, Jordan) (Entered: 08/01/2025) |
| 08/05/2025 | 333 | NOTICE of Withdrawal of Attorney: Anjana Malhotra no longer appearing for Plaintiffs Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.<br><br>CLERK TO FOLLOW UP.<br><br>(Wilner, Claudia) (Entered: 08/05/2025) |
| 08/21/2025 | 334 | Consent MOTION to Unseal Document 321 Memorandum in Opposition to Motion, filed by Taniqua Simmons, Dorethea Franklin, Charles Palmer, Ebony Yeldon, Joseph Bonds, Shaketa Redden, Jane Doe, Shirley Sarmiento, De'Jon Hall, Black Love Resists in the Rust, 319 Statement of Facts, filed by Taniqua Simmons, Dorethea Franklin, |

| | | |
|---|---|---|
| | | Charles Palmer, Ebony Yeldon, Joseph Bonds, Shaketa Redden, Jane Doe, Shirley Sarmiento, De'Jon Hall, Black Love Resists in the Rust by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 08/21/2025) |
| 08/25/2025 | 335 | TEXT ORDER granting 334 Motion to Unseal Document. Signed by Chief District Judge Christina Clair Reiss on 8/25/2025. (DDS) (Entered: 08/25/2025) |
| 09/17/2025 | 336 | NOTICE OF APPEAL by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. Filing fee $ 605, receipt number ANYWDC–5579200. Appeal Record due by 9/29/2025. (Russ, Hugh) (Entered: 09/17/2025) |
| 09/18/2025 | | Remark: Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (DDS) (Entered: 09/18/2025) |
| 09/26/2025 | 337 | DESIGNATION of Record on Appeal by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young re 336 Notice of Appeal, CLERK TO FOLLOW UP (Freely, Cheyenne) (Entered: 09/26/2025) |
| 09/26/2025 | 338 | MEMORANDUM IN OPPOSITION re 327 MOTION for Reconsideration *of (1) the Denial of the Motion to Certify the Traffic Enforcement Class Pursuant to Rule 54(b) or, in the Alternative, (2) to Renew the Motion to Certify Pursuant to Rule 23(c)(1)(C)*, 326 MOTION to Intervene by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Russ, Hugh) (Entered: 09/26/2025) |
| 09/26/2025 | 339 | CLERKS CERTIFICATE filed and electronically sent to Court of Appeals. (DDS) Modified to replace main document with correct file on 9/26/2025 (Entered: 09/26/2025) |
| 09/26/2025 | | E–Filing Notification: 339 CLERKS CERTIFICATE filed and electronically sent to Court of Appeals. (DDS) Modified to replace main document with correct file on 9/26/2025 (DDS) (Entered: 09/26/2025) |
| 09/26/2025 | 340 | Consent MOTION to Unseal Document 296 Declaration, filed by Taniqua Simmons, Dorethea Franklin, Charles Palmer, Ebony Yeldon, Joseph Bonds, Shaketa Redden, Jane Doe, Shirley Sarmiento, De'Jon Hall, Black Love Resists in the Rust by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 09/26/2025) |
| 09/29/2025 | 341 | MANDATE of USCA regarding 265 Notice of Petition for Leave to Appeal to the Second Circuit. (JLH) (Entered: 09/29/2025) |
| 09/29/2025 | 342 | TEXT ORDER granting 340 Motion to Unseal Document re 296 Declaration. Signed by Chief District Judge Christina Clair Reiss on 9/29/2025. (DDS) (Entered: 09/30/2025) |
| 10/03/2025 | 343 | Consent MOTION for Leave to File Excess Pages by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Markel Nance, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Thomas Christopher Williams Jr., Ebony Yeldon.(Ezie, Andrea) (Entered: 10/03/2025) |
| 10/03/2025 | 344 | MEMORANDUM in Opposition re 252 MOTION for Summary Judgment filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Wilner, Claudia) (Entered: 10/03/2025) |
| 10/03/2025 | 345 | STATEMENT OF FACTS *Counterstatement in Response to Defendants' Statement of Undisputed Facts pursuant to Local Rule 56(a)(2) and Additional Material Facts* by |

| | | |
|---|---|---|
| | | Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon Related document: 319 Statement of Facts,. (Wilner, Claudia) (Entered: 10/03/2025) |
| 10/03/2025 | 346 | DECLARATION re 296 Declaration, filed by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon *Redacted Declaration of IAD Witness*. (Wilner, Claudia) (Entered: 10/03/2025) |
| 10/03/2025 | 347 | Consent MOTION Drop Parties by Black Love Resists in the Rust, Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.(Wilner, Claudia) (Entered: 10/03/2025) |
| 10/03/2025 | 348 | TEXT ORDER granting 343 Motion for Leave to File Excess Pages. Signed by Chief District Judge Christina Clair Reiss on 10/3/2025. (DDS) (Entered: 10/03/2025) |
| 10/03/2025 | 349 | TEXT ORDER granting 347 Motion to drop parties. Signed by District Judge Christina Clair Reiss on 10/3/2025. (DDS) (Entered: 10/03/2025) |
| 10/10/2025 | 350 | NOTICE of Change of Address by Andrew J. Timmick (Timmick, Andrew) (Entered: 10/10/2025) |
| 10/10/2025 | 351 | REPLY to Response to Motion re 327 MOTION for Reconsideration *of (1) the Denial of the Motion to Certify the Traffic Enforcement Class Pursuant to Rule 54(b) or, in the Alternative, (2) to Renew the Motion to Certify Pursuant to Rule 23(c)(1)(C)*, 326 MOTION to Intervene filed by Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Markel Nance, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Thomas Christopher Williams Jr., Ebony Yeldon. (Timmick, Andrew) (Entered: 10/10/2025) |
| 10/13/2025 | 352 | NOTICE of Change of Address by Jordan Scott Joachim (Joachim, Jordan) (Entered: 10/13/2025) |
| 10/13/2025 | 353 | NOTICE of Change of Address by Philip A. Irwin (Irwin, Philip) (Entered: 10/13/2025) |
| 10/15/2025 | 354 | NOTICE of Change of Address by Christine Adrienne Nelson (Nelson, Christine) (Entered: 10/15/2025) |
| 10/17/2025 | 355 | Minute Entry for proceedings held before Hon. Christina Reiss: Motion Hearing held on 10/17/2025 re 252 MOTION for Summary Judgment by Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1–10, Unknown Officers 1–20, City of Buffalo, N.Y., Byron B Brown, Byron C Lockwood and 253 MOTION for Partial Summary Judgment against the City of Buffalo by Black Love Resists in the Rust, Shirley Sarmiento, Ebony Yeldon, Charles Palmer, Shaketa Redden, Joseph Bonds, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Jane Doe.<br><br>The court makes inquires.<br><br>Statements by counsel.<br><br>Court to take motions under advisement.<br><br>APPEARANCES: Andrea Chinyere Ezie, Esq., Christina Nelson, Esq., Andrew Timmick, Esq., Jordan Joachim, Esq., Claudia Wilner, Esq., Philip Irwin (Plaintiffs). Peter Sahasrabudhe, Esq., Cheyenne Freely, Esq., Hugh Russ, Esq. (Defendants). All Appearances by Zoom for Government.<br><br>(Court Reporter Kimberly Weber – Forbes Court Reporting.) (EKM) (Entered: 10/20/2025) |
| 03/16/2026 | 356 | NOTICE of Withdrawal of Attorney: Andrew Timmick no longer appearing for Plaintiffs Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon.<br><br>CLERK TO FOLLOW UP. |

| | | (Joachim, Jordan) (Entered: 03/16/2026) |
|---|---|---|
| 03/27/2026 | 357 | OPINION AND ORDER denying 326 Plaintiff's Motion to Intervene Markel Nance and Thomas Christopher Williams Jr. as Plaintiffs and Representatives of the Traffic Enforcement Class ; denying Plaintiff's 327 Motion to Reconsider or Renew the Motion to Certify the Traffic Enforcement Class. Signed by Chief District Judge Christina Clair Reiss on 3/27/2026. (JLH) (Entered: 03/31/2026) |
| 04/21/2026 | 358 | MOTION to Withdraw as Attorney by Kevin Brinkworth, Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood, Philip Serafini, Robbin Thomas, Unknown Officers 1–20, Unknown Supervisory Personnel 1–10, Aaron Young. (Attachments: # 1 Declaration of Peter A. Sahasrabudhe)(Sahasrabudhe, Peter) (Entered: 04/21/2026) |
| 04/21/2026 | 359 | TEXT ORDER granting 358 Motion to Withdraw as Attorney. Attorney Peter A. Sahasrabudhe terminated. Signed by Chief District Judge Christina Clair Reiss on 4/21/2026. (DDS) (Entered: 04/21/2026) |
| 04/27/2026 | 360 | NOTICE OF APPEAL as to 357 Order on Motion for Miscellaneous Relief,, Order on Motion for Reconsideration, by Markel Nance, Thomas Christopher Williams Jr.. Filing fee $ 605, receipt number ANYWDC–5806555. Appeal Record due by 5/11/2026. (Wilner, Claudia) (Entered: 04/27/2026) |
| 04/28/2026 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (CGJ) (Entered: 04/28/2026) |
| 04/28/2026 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (CGJ) (Entered: 04/28/2026) |
| 05/05/2026 | 361 | NOTICE of Appearance by Ava J. Horgan on behalf of Byron B Brown, City of Buffalo, N.Y., Daniel Derenda, Byron C Lockwood (Horgan, Ava) (Entered: 05/05/2026) |
| 05/09/2026 | 362 | DESIGNATION of Record on Appeal by Markel Nance, Thomas Christopher Williams Jr. re 360 Notice of Appeal, CLERK TO FOLLOW UP (Wilner, Claudia) (Entered: 05/09/2026) |
| 05/11/2026 | 363 | CLERKS CERTIFICATE filed and electronically sent to Court of Appeals re 362 DESIGNATION of Record on Appeal (CGJ) (Entered: 05/11/2026) |
| 05/29/2026 | 364 | OPINION AND ORDER granting in part and denying in part 252 Defendants' Motion for Summary Judgment and denying 253 Plaintiffs' Motion for Partial Summary Judgment. Signed by Chief District Judge Christina Clair Reiss on 5/29/2026. (LB) (Entered: 05/29/2026) |
| 06/29/2026 | 365 | MOTION for Entry of Judgment under Rule 54(b) by Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. (Attachments: # 1 Memorandum in Support)(Ezie, Andrea) (Entered: 06/29/2026) |
| 06/29/2026 | 366 | NOTICE OF APPEAL as to 364 Order on Motion for Summary Judgment,, Order on Motion for Partial Summary Judgment, by Joseph Bonds, Jane Doe, Dorethea Franklin, De'Jon Hall, Charles Palmer, Shaketa Redden, Shirley Sarmiento, Taniqua Simmons, Ebony Yeldon. Filing fee $ 605, receipt number ANYWDC–5882877. Appeal Record due by 7/13/2026. (Ezie, Andrea) (Entered: 06/29/2026) |
| 06/30/2026 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit.<br><br>Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (CGJ) (Entered: 06/30/2026) |