# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August, two thousand twenty-six.

---

Markel Nance, Thomas Christopher Williams, Jr.,

Intervenors - Appellants,

v.

City of Buffalo, et al.,

Defendants - Appellees.

---

Dorethea Franklin, et al.

Plaintiffs - Appellants,

v.

City of Buffalo, et al.

Defendants - Appellees.

---

**ORDER**

Docket No. 26-1157

Docket No. 26-1763

IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court